**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy     6/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Jonathan <br> First name <br><br> _____ <br> Middle name <br><br> Bombart <br> Last name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and doing business as names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | John Bombson <br> Jon Bombart | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 0  7  1  7 <br> OR <br> **9** xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ <br> OR <br> **9** xx – xx – ___ ___ ___ ___ |

Debtor 1    Jonathan Bombart

First Name    Middle Name    Last Name

Case number *(if known)*_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN _____<br><br>EIN _____<br><br>EIN _____<br><br>EIN _____ | EIN _____<br><br>EIN _____<br><br>EIN _____<br><br>EIN _____ |

**5. Where you live**

38 Woodens Lane
_____
Number    Street

_____

Lambertville            NJ    08530
_____
City            State    ZIP Code

Hunterdon County
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

1261 39th Street
_____
Number    Street

_____
P.O. Box

Brooklyn            NY    11218
_____
City            State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____
City            State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City            State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
  (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
  (See 28 U.S.C. § 1408.)

Debtor 1    Jonathan Bombart
     First Name    Middle Name    Last Name        Case number *(if known)*_____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No
☑ Yes.

District New York Southern Bankruptcy Court   When 07/26/2022   Case number 22-11019-cgm

District Eastern District of NY Bankruptcy Court   When 08/22/2024   Case number 24-43506-jmm

District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
☑ Yes.

Debtor 150 Lefferts Avenue Company LLC   Relationship to you Debtor 100% membe
District NY Eastern Bankruptcy Court   When 08/22/2024   Case number, if known 24-43509-jmm

Debtor 55 East 21st Co., LLC   Relationship to you Debtor 100% member
District NY Southern Bankruptcy Court   When 08/22/2024   Case number, if known 24-43507-jmm

**11. Do you rent your residence?**

☑ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

     ☐ No. Go to line 12.
     ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    Jonathan Bombart
_____
First Name    Middle Name    Last Name

Case number *(if known)*_____

---

| **Part 3:** | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City    State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.    What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

---

| Debtor 1 | Jonathan Bombart | | Case number (if known)_____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Jonathan Bombart | | Case number *(if known)* _____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

---

**Part 6:**   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."*

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.*

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ No.  I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

---

**18. How many creditors do you estimate that you owe?**

- ☐ 1-49
- ☑ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Part 7:**   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12 or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ /s/ Jonathan Bombart                         ✘ _____

Signature of Debtor 1                              Signature of Debtor 2

Executed on   07/04/2025                          Executed on _____
        MM  / DD  / YYYY                                MM  / DD  / YYYY

---

Debtor 1    Jonathan Bombart
_____
First Name    Middle Name    Last Name

Case number (if known)_____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘ /s/ David Stevens
_____
Signature of Attorney for Debtor

Date    07/04/2025
_____
MM  /  DD  / YYYY

David Stevens
_____
Printed name

Scura Wigfield, Heyer, Stevens & Cammarota LLP
_____
Firm name

1599 Hamburg Turnpike
_____
Number    Street

_____

Wayne                    NJ        07470
_____
City                     State     ZIP Code

Contact phone  2014904777                Email address  dstevens@scura.com

034422007                NJ
_____
Bar number               State

---

**Fill in this information to identify your case:**

| Debtor 1 | Jonathan Bombart | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  District of New Jersey

Case number
(If known) _____

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
**12/15**

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  | | **Unsecured claim** |
|---|---|---|

**1**

BRC E21st Lender, LLC
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number        Street

1177 High Ridge Road, Ste 101

Stamford                    CT        06905
City                        State        ZIP Code

Unknown PG - Claim 3 in 55 east case &
Contact

_____
Contact phone

What is the nature of the claim? Personal Guarantee of 2 property-h   $ 6,000,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

**2**

Sonia Bombart
Creditor's Name

32 Bernhard Drive
Number        Street

_____

Weston                    CT        06883
City                        State        ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Contempt for non-payment of alimor   $ 1,710,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

Debtor 1    Jonathan Bombart
_____
First Name    Middle Name    Last Name

Case number (if known)_____

|  | Unsecured claim |
|---|---|

**3**  NYC Dept of Housing Pres. Dev.
Creditor's Name

100 Gold Street
Number    Street

Room 6Y4

New York                    NY    10038
City                    State    ZIP Code

[claim no. 33 in 1-24-43507-jmm 55 East
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

$789,150.00

---

**4**  NYC Dept of Housing Pres. Dev.
Creditor's Name

Attn: Registered Agent / Officer
Number    Street

100 Gold Street, Rm 6Y4

New York                    NY    10038
City                    State    ZIP Code

[claim no. 12 in 1-24-43509-jmm 150 Lef
Contact

dalyb@hpd.nyc.gov
Contact phone

**What is the nature of the claim?** Civil penalties for failure to corre

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

$635,450.00

---

**5**  Internal Revenue Service
Creditor's Name

Attn: Registered Agent / Officer
Number    Street

P.O. Box 7346

Philadelphia                    PA    19101
City                    State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Taxes & Other Government Units

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

$348,010.71

---

**6**  NYC Dept of Finance, Office of Legal Aff
Creditor's Name

Collections Unit–RPT Taxes
Number    Street

375 Pearl Street, 30th fl

New York                    NY    10038
City                    State    ZIP Code

[claim no. 6 in 1-24-43507-jmm 55 East
Contact

seremetisv@finance.nyc
Contact phone

**What is the nature of the claim?** no_sub_type

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

$226,839.66

---

**7**  Superb Property Management
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number    Street

99 Park Avenue Suite 810

New York                    NY    10016
City                    State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Construction Services; Kings Cty Su

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

$195,000.00

---

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Debtor 1    Jonathan Bombart
_____    Case number (if known)_____
First Name    Middle Name    Last Name

| | | **Unsecured claim** |
|---|---|---|

**8**    Kareem Richards
Creditor's Name

55 East 21st Street
Number          Street

#1J

Brooklyn          NY   11226
City          State          ZIP Code

[claim no. 21 in 1-24-43507-jmm 55 East
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $ 175,620.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

---

**9**    Renee Remsberg
Creditor's Name

55 East 21st Street
Number          Street

Apt. 6G

Brooklyn          NY   11226
City          State          ZIP Code

[claim no. 20 in 1-24-43507-jmm 55 East
Contact

_____
Contact phone

**What is the nature of the claim?** Addtly Proposed Intervenor through    $ 159,421.34

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

---

**10**    Elizabeth Ruble
Creditor's Name

55 East 21st Street
Number          Street

Apt. 6G

Brooklyn          NY   11226
City          State          ZIP Code

[claim no. 19 in 1-24-43507-jmm 55 East
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $ 159,421.34

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

---

**11**    NYC Dept of Finance, Office of Legal Affa
Creditor's Name

Collections Unit–RPT Taxes
Number          Street

375 Pearl Street, 30th fl

New York          NY   10038
City          State          ZIP Code

[claim no. 5 in 1-24-43509-jmm 150 Leffe
Contact

_____
Contact phone

**What is the nature of the claim?** no_sub_type    $ 159,233.78

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

---

**12**    Steven Hypolite
Creditor's Name

55 East 21st Street
Number          Street

#4B

Brooklyn          NY   11226
City          State          ZIP Code

[claim no. 16 in 1-24-43507-jmm 55 East
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $ 151,504.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

---

Debtor 1    Jonathan Bombart
_____    Case number *(if known)*_____
First Name    Middle Name    Last Name

| | Unsecured claim |
|---|---|

**13**    NYC Water Board
Creditor's Name

What is the nature of the claim? _____

$ 133,613.22

Attn: Richard J Costa, Sr Cnsl – Bureau (
Number    Street

59–17 Junction Blvd, 13th Fl

Elmhurst            NY    11373–5108
City            State    ZIP Code

[claim no. 8 in 1-24-43507-jmm 55 East 2
Contact

_____
Contact phone

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    $_____
Unsecured claim    $_____

---

**14**    Corrine Matthews
Creditor's Name

What is the nature of the claim? _____

$ 98,172.00

55 East 21st Street
Number    Street

#1E

Brooklyn            NY    11226
City            State    ZIP Code

[claim no. 22 in 1-24-43507-jmm 55 East
Contact

_____
Contact phone

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    – $_____
Unsecured claim    $_____

---

**15**    Betcy Dorvil
Creditor's Name

What is the nature of the claim? Addtly Proposed Intervenor through

$ 90,680.00

55 East 21st Street
Number    Street

Apt. 2J

Brooklyn            NY    11226
City            State    ZIP Code

[claim no. 28 in 1-24-43507-jmm 55 East
Contact

_____
Contact phone

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    – $_____
Unsecured claim    $_____

---

**16**    Veronica Langaigne
Creditor's Name

What is the nature of the claim? Addtly Proposed Intervenor through

$ 89,244.00

55 East 21st Street
Number    Street

#1H

Brooklyn            NY    11226
City            State    ZIP Code

[claim no. 26 in 1-24-43507-jmm 55 East
Contact

_____
Contact phone

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    – $_____
Unsecured claim    $_____

---

**17**    Cliceida Montero
Creditor's Name

What is the nature of the claim? Addtly Proposed Intervenor through

$ 88,640.00

55 East 21st Street
Number    Street

Apt. 4E

Brooklyn            NY    11226
City            State    ZIP Code

[claim no. 13 in 1-24-43507-jmm 55 East
Contact

_____
Contact phone

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    – $_____
Unsecured claim    $_____

---

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims

Debtor 1   Jonathan Bombart
_____
First Name      Middle Name      Last Name

Case number (if known)_____

| | | Unsecured claim |
|---|---|---|

**18**

Jose Lopez
_____
Creditor's Name

55 East 21st Street
_____
Number        Street

Apt. 3A
_____

Brooklyn              NY  11226
_____
City            State    ZIP Code

[est claim no. 27 in 1-24-43507-jmm 55 E
_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____  $ 87,567.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
      Value of security:              − $_____
      Unsecured claim              $_____

---

**19**

Kwame Brempong
_____
Creditor's Name

55 East 21st Street
_____
Number        Street

Apt. 6F
_____

Brooklyn              NY  11226
_____
City            State    ZIP Code

[claim no. 30 in 1-24-43507-jmm 55 East
_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____  $ 86,928.80

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
      Value of security:              − $_____
      Unsecured claim              $_____

---

**20**

Albert Howard
_____
Creditor's Name

55 East 21st Street
_____
Number        Street

#6D
_____

Brooklyn              NY  11226
_____
City            State    ZIP Code

[claim no. 10 in 1-24-43507-jmm 55 East
_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____  $ 82,393.10

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
      Value of security:              − $_____
      Unsecured claim              $_____

32

Debtor 1    Jonathan Bombart

First Name        Middle Name        Last Name        Case number *(if known)*_____

---

## Part 2:  Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✘ /s/ Jonathan Bombart
Signature of Debtor 1

✘ _____
Signature of Debtor 2

Date  07/04/2025
    MM /  DD  /  YYYY

Date  07/04/2025
    MM /  DD  /  YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> You are an individual filing for bankruptcy, and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:    Liquidation

|   | | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|        |         |                    |
|-------:|--------:|--------------------|
|        | $1,167  | filing fee         |
| +      | $571    | administrative fee |
|        | $1,738  | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

150 Lefferts Avenue Company, LLC
Attn: Pres./CEO/Reg. Agent
108 West 80th Street
New York, NY 10024

55 East 21st Co., LLC
Attn: Pres./CEO/Reg. Agent
55 East 21st St
Brooklyn, NY 11226

55 East 21st Co., LLC
Attn: Pres./CEO/Reg. Agent
55 East 21st Street
Brooklyn, NY 11226

55 EAST 21st STREET TENANT ASSOCIATION
Attn: Registered Agent / Officer
55 E 21st St
Brooklyn, NY 11226

55 East 21st Street, LLC
Attn: Pres./CEO/Reg. Agent
55 East 21st Street
Brooklyn, NY 11226

Albert Howard
55 East 21st Street
Brooklyn, NY 11226

Alexis Tella
55 East 21st Street
Apt. 6G
Brooklyn, NY 11226

Amex
P O Box 297871
Fort Lauderdale, FL 33329

Attorney General United States
Department of Justice
Ben Franklin Station, P.O. Box 683
Washington, DC 20044

Benjamin Afurn
55 East 21st Street
Brooklyn, NY 11226

Betcy Dorvil
55 East 21st Street
Apt. 2J
Brooklyn, NY 11226

BRC E21st Lender, LLC
Attn: Pres./CEO/Reg. Agent
1177 High Ridge Road, Ste 101
Stamford, CT 06905

Breakaway Physical Therapy
Attn: Pres./CEO/Reg. Agent
212 W 91st Street
New York, NY 10024

Brooklyn Legal Services
re: Daniel James
1709 St. Marks Ave., 2nd Fl
Brooklyn, NY 11233

Brooklyn Legal Services
re: Cheryl Goddard
1709 St. Marks Ave., 2nd Fl
Brooklyn, NY 11233

Brooklyn Legal Services
re: Elice Carr
1709 St. Marks Ave., 2nd Fl
Brooklyn, NY 11233

Brooklyn Legal Services
Attn: Liam McSweeny, Esq.
1709 St. Marks Ave., 2nd Fl
Brooklyn, NY 11233

Brooklyn Legal Services
Attn: Liam McSweeny, Esq., re: 55 E 21st
1709 St. Marks Ave., 2nd Fl
Brooklyn, NY 11233

Calvin Baldwin
55 East 21st Street
Brooklyn, NY 11226

Clarisse Massamba
55 East 21st Street
Brooklyn, NY 11226

Cliceida Montero
55 East 21st Street
Apt. 4E
Brooklyn, NY 11226

Corrine Matthews
55 East 21st Street
Brooklyn, NY 11226

Daniel Campos Perez
55 East 21st Street
Apt. 6B
Brooklyn, NY 11226

Delbello, Donnellan, Weingarten, Wise, Wieder
Attn: Registered Agent / Officer
One North Lexington Ave, 11th Floor
White Plains, NY 10601

Eamonn OHagan - on behalf of IRS
U.S. Attorneys Office District of New Je
970 Broad Street
Newark, NJ 07102

Elizabeth Ruble
55 East 21st Street
Apt. 6G
Brooklyn, NY 11226

Erica Pierre
55 East 21st Street
Apt. 4F
Brooklyn, NY 11226

Felice Bombart
80 Store Hill Rd
Old Westbury, NY 11568

Fox Rothschild, LLP, Attn Eric A. Bevan, Esq.
777 S. Flagler Drive
Ste 1700 West Tower
West Palm Beach, FL 33401

Fox Rothschild, LLP, Attn Joseph A. DeMaria
777 S. Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401

Gault Energy
Attn: Pres./CEO/Reg. Agent
11 Ferry Lane West, PO BOX 2030
Westport, CT 06880

Goldberg Weprin Finkel Goldstein LLP
Attn: Kevin J. Nash
125 Park Avenue, 12th Floor
New York, NY 10017

Goldberg Weprin Finkel Goldstein LLP
Attn: Jeremiah J. Vandermark
125 Park Avenue, 12th Floor
New York, NY 10017

Gregory Wasser
211 East 43rd St
New York, NY 10017

Horing Welikson Rosen & Digrugilliers
Attn: Registered Agent / Officer
11 Hillside Avenue
Williston Park, NY 11596

Housing Litigation Division
Attn: Bryan Daly
100 Gold Street - Sixth floor
New York, NY 10038

Housing Litigation Division
Attn: Martha Ann Weithman
100 Gold Street - Sixth floor
New York, NY 10038

Internal Revenue Service
Attn: Registered Agent / Officer
P.O. Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Attn: Registered Agent / Officer
PO Box 7346
Philadelphia, PA 19101

Jose Lopez
55 East 21st Street
Apt. 3A
Brooklyn, NY 11226

Jpmcb Card
800 Brooksedge Blvd
Westerville, OH 43081

Jpmcb Card
201 N Walnut St
Wilmington, DE 19801

Kareem Richards
55 East 21st Street
Brooklyn, NY 11226

Keisha Joseph
55 East 21st Street, Apt. 6A
Brooklyn, NY 11226

Kwame Brempong
55 East 21st Street
Apt. 6F
Brooklyn, NY 11226

Lambertville Tax Collector
Attn: Reg. Agent/Officer
City Hall 18 York Street
Lambertville, NJ 08530

Lucas-Way 108 W 80 LLC
Attn: Registered Agent / Officer
108 West 80th Street
New York, NY 10024

Maggie Oliver
55 East 21st Street
Apt. 5B
Brooklyn, NY 11226

Martha Nava
55 East 21st Street
Brooklyn, NY 11226

Metcalf & Metcalf, P.C.
Attn: STEVEN A. METCALF II, ESQ.
99 Park Avenue, Suite 810
New York, NY 10016

Mizrahi Law Offices, LLC
Attn: Robert N. Mizrahi, Esq.
160 Broadway, Suite 710
New York, NY 10038

New Jersey Turnpike Authority
Ramon de la Cruz, NJ Turnpike Authority
1 Turnpike Plaza, P.O Box 5042
Woodbridge, NJ 07095

NJ Div. of Tax
Attn: Reg. Agent/Officer
PO Box 046
Trenton, NJ 08646

NJ Div. of Tax
Attn: Reg. Agent/Officer
PO Box 900
Trenton, NJ 08646

NY Office of the Attorney General
Attn: Reg. Agent/Officer
28 Liberty Street, 15th Floor
New York, NY 10005

NY State Department of Labor
1220 Washington Ave
Bldg 12 Room 256
Albany, NY 12226

NY State Dept. Tax, Fin
Audit Div.-Pers. Income Tax Desk
W A Harriman Campus
Albany, NY 12227

NYC Dept of Finance, Office of Legal Affairs
Collections Unit-RPT Taxes
375 Pearl Street, 30th fl
New York, NY 10038

NYC Dept of Housing Pres. Dev.
100 Gold Street
Room 6Y4
New York, NY 10038

NYC Dept of Housing Pres. Dev.
Attn: Registered Agent / Officer
100 Gold Street, Rm 6Y4
New York, NY 10038

NYC HPD Housing Litigation Div.
Attn: Bryan Daly, Esq.
100 Gold Street
New York, NY 10038

NYC Water Board
Attn: Richard J Costa, Sr Cnsl - Bureau
59-17 Junction Blvd, 13th Fl
Elmhurst, NY 11373-5108

Paul Zielinski
170 Kinnelon, Ste 30A
Kinnelon, NJ 07405

Renee Remsberg
55 East 21st Street
Apt. 6G
Brooklyn, NY 11226

Rita Oliver
55 East 21st Street
Apt. 5J
Brooklyn, NY 11226

Sonia Bombart
32 Bernhard Drive
Weston, CT 06883

Sonia Bombart
Attn: COSTELLO BRENNAN DEVIDAS et al.
1238 POST ROAD
Fairfield, CT 06824

Steven Hypolite
55 East 21st Street
Brooklyn, NY 11226

Sullivan and Cromwell
Attn: Marc De Leeuw
125 Broad St
New York, NY 10004

Sullivan and Cromwell
Attn: Reg. Agent/Officer
125 Broad St
New York, NY 10004-2498

Superb Property Management
Attn: Pres./CEO/Reg. Agent
99 Park Avenue Suite 810
New York, NY 10016

Toyota Mtr
111 W 22nd St
Oakbrook, IL 60521

Triborough Bridge and Tunnel Authority
TBTA Toll Group
2 Broadway, 24th Floor
New York, NJ 10004

Valorie Turner
55 East 21st Street
Brooklyn, NY 11226

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Veronica Langaigne
55 East 21st Street
Brooklyn, NY 11226

Veronica Mathurin
55 East 21st Street
Brooklyn, NY 11226

Walter McQueen
55 East 21st Street
Apt. 4A
Brooklyn, NY 11226

United States Bankruptcy Court

District of New Jersey

In re:  Jonathan Bombart

                                                                    Case No.

                                                                    Chapter    11

                        Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    _____07/04/2025_____            /s/ Jonathan Bombart
                                         _____
                                         Signature of Debtor


                                         _____
                                         Signature of Joint Debtor