**Fill in this information to identify your case:**

Debtor 1   Jonathan Bombart
           First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name              Last Name

United States Bankruptcy Court for the:  District of New Jersey

Case number   25-17093
(If known)

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

**12/15**

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  |  | **Unsecured claim** |
|---|---|---|

**1**

BRC E21st Lender, LLC
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number        Street

1177 High Ridge Road, Ste 101

Stamford              CT      06905
City                  State    ZIP Code

personal guaranty on biz loan
Contact

Contact phone

What is the nature of the claim? Personal Guarantee of 2 property-h   $ 6,000,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
        Value of security:                    – $_____
        Unsecured claim                          $_____

**2**

Sonia Bombart
Creditor's Name

32 Bernhard Drive
Number        Street

Weston               CT      06883
City                  State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Cash Property Settlement    $ 2,710,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
        Value of security:                    – $_____
        Unsecured claim                          $_____

Debtor 1    Jonathan Bombart
First Name    Middle Name    Last Name

Case number (if known) 25-17093

| | | Unsecured claim |
|---|---|---|

**3** NYC Dept of Housing Pres. Dev.
Creditor's Name

What is the nature of the claim? _____

$789,150.00

100 Gold Street
Number    Street

Room 6Y4

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

New York    NY    10038
City    State    ZIP Code

[claim no. 33 in 1-24-43507-jmm 55 East
Contact

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  – $_____
  Unsecured claim  $_____

Contact phone

**4** NYC Dept of Housing Pres. Dev.
Creditor's Name

What is the nature of the claim? Civil penalties for failure to corre

$635,450.00

Attn: Registered Agent / Officer
Number    Street

100 Gold Street, Rm 6Y4

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

New York    NY    10038
City    State    ZIP Code

[claim no. 12 in 1-24-43509-jmm 150 Lef
Contact

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  – $_____
  Unsecured claim  $_____

dalyb@hpd.nyc.gov
Contact phone

**5** Internal Revenue Service
Creditor's Name

What is the nature of the claim? Taxes & Other Government Units

$348,010.71

Attn: Registered Agent / Officer
Number    Street

P.O. Box 7346

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Philadelphia    PA    19101
City    State    ZIP Code

Contact

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  – $_____
  Unsecured claim  $_____

Contact phone

**6** NYC Dept of Finance, Office of Legal Affa
Creditor's Name

What is the nature of the claim? Taxes & Other Government Units

$226,839.66

Collections Unit–RPT Taxes
Number    Street

375 Pearl Street, 30th fl

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

New York    NY    10038
City    State    ZIP Code

[claim no. 6 in 1-24-43507-jmm 55 East 2
Contact

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  – $_____
  Unsecured claim  $_____

seremetisv@finance.nyc

**7** Superb Property Management
Creditor's Name

What is the nature of the claim? Construction Services; Kings Cty Su

$195,000.00

Attn: Pres./CEO/Reg. Agent
Number    Street

99 Park Avenue Suite 810

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

New York    NY    10016
City    State    ZIP Code

Contact

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  – $_____
  Unsecured claim  $_____

Contact phone

Debtor 1    Jonathan Bombart
 _____
 First Name    Middle Name    Last Name

Case number (*if known*) 25-17093

| | Unsecured claim |
|---|---|

**8** | Kareem Richards | $ 175,620.00
Creditor's Name

55 East 21st Street
Number      Street

#1J

Brooklyn          NY   11226
City                State      ZIP Code

[claim no. 21 in 1-24-43507-jmm 55 East
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $ _____
            Value of security:    – $ _____
            Unsecured claim        $ _____

**9** | Renee Remsberg | Addtly Proposed Intervenor through $ 159,421.34
Creditor's Name

55 East 21st Street
Number      Street

Apt. 6G

Brooklyn          NY   11226
City                State      ZIP Code

[claim no. 20 in 1-24-43507-jmm 55 East
Contact

_____
Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $ _____
            Value of security:    – $ _____
            Unsecured claim        $ _____

**10** | Elizabeth Ruble | $ 159,421.34
Creditor's Name

55 East 21st Street
Number      Street

Apt. 6G

Brooklyn          NY   11226
City                State      ZIP Code

[claim no. 19 in 1-24-43507-jmm 55 East
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $ _____
            Value of security:    – $ _____
            Unsecured claim        $ _____

**11** | NYC Dept of Finance, Office of Legal Affa | Taxes & Other Government Units $ 159,233.78
Creditor's Name

Collections Unit–RPT Taxes
Number      Street

375 Pearl Street, 30th fl

New York          NY   10038
City                State      ZIP Code

[claim no. 5 in 1-24-43509-jmm 150 Leffe
Contact

_____
Contact phone

**What is the nature of the claim?** Taxes & Other Government Units

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $ _____
            Value of security:    – $ _____
            Unsecured claim        $ _____

**12** | Steven Hypolite | $ 151,504.00
Creditor's Name

55 East 21st Street
Number      Street

#4B

Brooklyn          NY   11226
City                State      ZIP Code

[claim no. 16 in 1-24-43507-jmm 55 East
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $ _____
            Value of security:    – $ _____
            Unsecured claim        $ _____

| Debtor 1 | Jonathan Bombart | | | Case number (if known) 25-17093 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | Unsecured claim |
|---|---|---|

**13** **NYC Water Board**
Creditor's Name

Attn: Richard J Costa, Sr Cnsl – Bureau (
Number        Street

59–17 Junction Blvd, 13th Fl

Elmhurst                NY    11373–5108
City                State    ZIP Code

[claim no. 8 in 1-24-43507-jmm 55 East 2
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
Value of security:   – $_____
Unsecured claim   $_____

$133,613.22

---

**14** **Corrine Matthews**
Creditor's Name

55 East 21st Street
Number        Street

#1E

Brooklyn                NY    11226
City                State    ZIP Code

[claim no. 22 in 1-24-43507-jmm 55 East
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
Value of security:   – $_____
Unsecured claim   $_____

$98,172.00

---

**15** **Betcy Dorvil**
Creditor's Name

55 East 21st Street
Number        Street

Apt. 2J

Brooklyn                NY    11226
City                State    ZIP Code

[claim no. 28 in 1-24-43507-jmm 55 East
Contact

_____
Contact phone

**What is the nature of the claim?** Addtly Proposed Intervenor through

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
Value of security:   – $_____
Unsecured claim   $_____

$90,680.00

---

**16** **Veronica Langaigne**
Creditor's Name

55 East 21st Street
Number        Street

#1H

Brooklyn                NY    11226
City                State    ZIP Code

[claim no. 26 in 1-24-43507-jmm 55 East
Contact

_____
Contact phone

**What is the nature of the claim?** Addtly Proposed Intervenor through

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
Value of security:   – $_____
Unsecured claim   $_____

$89,244.00

---

**17** **Cliceida Montero**
Creditor's Name

55 East 21st Street
Number        Street

Apt. 4E

Brooklyn                NY    11226
City                State    ZIP Code

[claim no. 13 in 1-24-43507-jmm 55 East
Contact

_____
Contact phone

**What is the nature of the claim?** Addtly Proposed Intervenor through

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
Value of security:   – $_____
Unsecured claim   $_____

$88,640.00

---

31

Debtor 1    Jonathan Bombart

First Name    Middle Name    Last Name

Case number *(if known)* __25-17093__

| | Unsecured claim |
|---|---|

**18**    Jose Lopez

Creditor's Name

55 East 21st Street

Number    Street

Apt. 3A

Brooklyn    NY  11226

City    State    ZIP Code

[est claim no. 27 in 1-24-43507-jmm 55 E

Contact

Contact phone

**What is the nature of the claim?** _____

$ 87,567.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    − $_____
    Unsecured claim    $_____

---

**19**    Kwame Brempong

Creditor's Name

55 East 21st Street

Number    Street

Apt. 6F

Brooklyn    NY  11226

City    State    ZIP Code

[claim no. 30 in 1-24-43507-jmm 55 East

Contact

Contact phone

**What is the nature of the claim?** _____

$ 86,928.80

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    − $_____
    Unsecured claim    $_____

---

**20**

**What is the nature of the claim?** _____

$ 82,393.10

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Albert Howard

Creditor's Name

55 East 21st Street

Number    Street

#6D

Brooklyn    NY  11226

City    State    ZIP Code

[claim no. 10 in 1-24-43507-jmm 55 East

Contact

Contact phone

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    − $_____
    Unsecured claim    $_____

Debtor 1    Jonathan Bombart
       First Name      Middle Name      Last Name

Case number *(if known)* 25-17093

---

**Part 2:**    Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✘ /s/ Jonathan Bombart _____      ✘ _____

   Signature of Debtor 1                             Signature of Debtor 2

Date 07/29/2025 _____             Date _____
    MM /   DD  /  YYYY                       MM /   DD  /  YYYY

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jonathan Bombart |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the:  District of New Jersey

Case number   25-17093
              (If known)

☐ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*................................................ $ 1,160,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B*............................... $ 5,128,582.79

   1c. Copy line 63, Total of all property on *Schedule A/B* ........................................... $ 6,288,582.79

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ $ 1,010,972.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................................... $ 801,418.70

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.................................. + $ 12,760,781.07

   **Your total liabilities** $ 14,573,171.77

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ......................................................... $ 21,606.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ............................................................... $ 17,156.01

| Debtor 1 | Jonathan Bombart | | | Case number *(if known)* | 25-17093 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:  Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

**9.** Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

Fill in this information to identify your case and this filing:

| | |
|---|---|
| Debtor 1 | Jonathan Bombart |
| | First Name | Middle Name | Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number    25-17093

☐ Check if this is an
   amended filing

## Official Form 106A/B

# Schedule A/B: Property                                      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1. **38 Woodens Lane**
Street address, if available, or other description

Lambertville            NJ      08530
City                    State   ZIP Code

Hunterdon County
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**    **Current value of the portion you own?**
$ 1,160,000.00          $ 1,160,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee simple

☐ Check if this is community property

If you own or have more than one, list here:

1.2. _____
Street address, if available, or other description

_____

City                    State   ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____       $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property
   (see instructions)

Debtor 1  Jonathan Bombart
          First Name    Middle Name    Last Name

Case number *(if known)* 25-17093

1. _____

_____
Street address, if available, or other description

_____

_____

City                    State    ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ...................➔   $ 1,160,000.00

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.  Make:  Mercedes Benz
      Model:  E Class
      Year:  2012
      Approximate mileage: _____
      Other information:

      Condition: Fair; In significantly worse condition than Kelley Blue Bk pricing accounts for; Debtor has reduced est resale value accordingly.

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ 11,500.00    $ 6,500.00

If you own or have more than one, describe here:

3.2.  Make:  Toyota
      Model:  Tundra
      Year:  2023
      Approximate mileage:  40000
      Other information:

      Condition:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ 47,000.00    $ 47,000.00

Debtor 1    Jonathan Bombara
First Name        Middle Name        Last Name

Case number *(if known)* 25-17093

---

3.3. Make: Jeep

Model: _____

Year: 2020

Approximate mileage: _____

Other information:

Condition: Poor; Debtor's est of value - rusty and only used on the property.

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $500.00

**Current value of the portion you own?**  $500.00

---

___ Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $_____

**Current value of the portion you own?**  $_____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

---

4.1. Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $_____

**Current value of the portion you own?**  $_____

---

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $_____

**Current value of the portion you own?**  $_____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................ ➜  $ 54,000.00

Debtor 1    Jonathan Bombara

First Name    Middle Name    Last Name    Case number *(if known)* 25-17093

---

**Part 3:**    Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?

Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.........

Household goods & furnishings

$ 5,000.00

7.  **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe.........

Electronic Appliances

$ 500.00

8.  **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes. Describe.........

Art Collectibles - vintage and rare posters

$ 3,500.00

9.  **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe.........

2 saddles - 1) 15-20 years old and 2) other also old and was bought used

$ 300.00

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe.........

$ 0.00

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe.........

Clothes, Shoes & Accessories

$ 250.00

12. **Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.........

Jewelry - 1) $150 antique, 2) $30 flea market purchase, 3) Breitling estimated value $600

$ 780.00

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe.........

$ 0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes. Give specific information...............

Art - wall art, assorted

$ 2,000.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................ ➔

$ 12,330.00

Debtor 1    Jonathan Bombart

First Name    Middle Name    Last Name

Case number *(if known)* 25-17093

---

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes.................................................................................................................................... Cash: ...................... $_____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.....................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Checking (Chase -3265) as of 4/10/2025 | $ 106.31 |
| 17.2. Checking account: | Checking (Orange -4854) as of 4/10/2025 [closed] | $ 0.00 |
| 17.3. Savings account: | Savings (Chase -8726) as of 4/10/2025 | $ 0.15 |
| 17.4. Savings account: | Savings (Chase -7401) as of 4/10/2025 | $ 47.49 |
| 17.5. Certificates of deposit: | | $ _____ |
| 17.6. Other financial account: | Checking (Chase -3583) as of 6/30/2025 | $ 3,546.37 |
| 17.7. Other financial account: | | $ _____ |
| 17.8. Other financial account: | | $ _____ |
| 17.9. Other financial account: | | $ _____ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes.................

Institution or issuer name:

| | |
|---|---|
| Charles Schwaab -0535 | $ 657,027.57 |
| MMA (Webster -0146) as of 6/30/2025 | $ 235.00 |
| | $ _____ |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them. ........................

| Name of entity: | % of ownership: | |
|---|---|---|
| Mazel 21st, LLC | ____ % | $ Unknown |
| Broad 2014, LLC (condo on Wall Street) | 50 % | $ Unknown |
| 55 East 21st St. Co. LLC [in Ch 11 bankruptcy] | 78 % | $ Unknown |

Debtor 1    Jonathan Bombari
_____
First Name    Middle Name    Last Name

Case number *(if known)* _25-17093_

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
information about
them. ....................

Issuer name:

_____    $_____
_____    $_____
_____    $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each
account separately.    Institution name:
Type of account:

401(k) or similar plan:    _____    $_____

Pension plan:    _____    $_____

IRA:    IRA (Chase -3826) as of 6/30/2025    $ 20,951.87

Retirement account:    _____    $_____

Keogh:    _____    $_____

Additional account:    _____    $_____

Additional account:    _____    $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes......................    Institution name or individual:

Electric:    _____    $_____

Gas:    _____    $_____

Heating oil:    _____    $_____

Rental unit:    _____    $_____

Prepaid rent:    _____    $_____

Telephone:    _____    $_____

Water:    _____    $_____

Rented furniture:    _____    $_____

Other:    _____    $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes......................    Issuer name and description:

_____    $_____
_____    $_____

Debtor 1   Jonathan Bombart
           First Name    Middle Name    Last Name          Case number *(if known)* 25-17093

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

☐ Yes ................................ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____          _____          $_____

_____          $_____

_____          $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

☒ Yes. Give specific information about them. ..

> Final Distribution from Estate of L. Bombart, Est. of L. Bombart - 150 Lefferts Ave. Co. LLC (25% interest) Not Distributed Foreclosure & Bankruptcy pending, Est. of L. Bombart - 55 East 21st St Co., LLC (22% interest) Not Distributed Foreclosure & Bankruptcy pending

$ 4,000,000.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes. Give specific information about them. ..

$ 0.00

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No

☐ Yes. Give specific information about them. ..

$ 0.00

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☒ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal:   $ 0.00
State:     $ 0.00
Local:     $ 0.00

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information. .............

Alimony:              $ 0.00
Maintenance:          $ 0.00
Support:              $ 0.00
Divorce settlement:   $ 0.00
Property settlement:  $ 0.00

30. **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes. Give specific information. .............

$ 0.00

Debtor 1   Jonathan Bombara

First Name    Middle Name    Last Name

Case number (if known)   25-17093

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

[✓] No

[ ] Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

[✓] No

[ ] Yes. Give specific information. .............

$0.00

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

[ ] No

[✓] Yes. Describe each claim.....................

Unknown amount owed in real estate property sales for mutually owned entities with Mark Tress - investments during 2016-2020, Torts claims against DESJARDIN & SON, LLC Et Al, Case No. FST-CV25-6071626-S, Claims against marina for theft from boat docked there & for breach of contract in repairs.

$ Unknown

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

[✓] No

[ ] Yes. Describe each claim. ...............

$0.00

35. **Any financial assets you did not already list**

[✓] No

[ ] Yes. Give specific information. ............

$0.00

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................  ➜

$5,038,252.79

---

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

[✓] No. Go to Part 6.

[ ] Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

[ ] No

[ ] Yes. Describe.......

$_____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

[ ] No

[ ] Yes. Describe .......

$_____

Debtor 1    Jonathan Bombart
    First Name    Middle Name    Last Name    Case number *(if known)*   25-17093

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe....... [_____] $_____

**41. Inventory**

☐ No
☐ Yes. Describe....... [_____] $_____

**42. Interests in partnerships or joint ventures**

☐ No
☐ Yes. Describe......... 

Name of entity:                  % of ownership:

_____  _____%  $_____
_____  _____%  $_____
_____  _____%  $_____

**43. Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

    ☐ No
    ☐ Yes. Describe......... [_____] $_____

**44. Any business-related property you did not already list**

☐ No
☐ Yes. Give specific
    information ..........

_____  $_____
_____  $_____
_____  $_____
_____  $_____
_____  $_____
_____  $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ....................................................................................... ➔  $ 0.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.
☑ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☐ No
☑ Yes......................... 2 horses: one old and retired - unridable ($0.00); one purchased 2 yrs ago for $9,000, 2 dogs - America   $ 7,000.00

Debtor 1 ___Jonathan Bombart_____    Case number *(if known)* __25-17093__
         First Name    Middle Name    Last Name

48. **Crops—either growing or harvested**
- ☑ No
- ☐ Yes. Give specific information. .............

$ 0.00

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
- ☐ No
- ☑ Yes.........................

Tractor, purchased 2023 for $20k

$ 17,000.00

50. **Farm and fishing supplies, chemicals, and feed**
- ☑ No
- ☐ Yes.

$ 0.00

51. **Any farm- and commercial fishing-related property you did not already list**
- ☑ No
- ☐ Yes. Give specific information. .............

$ 0.00

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................➔

$ 24,000.00

---

**Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information. .............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................➔

$ 0.00

---

**Part 8:  List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ................................................➔    $ 1,160,000.00

56. **Part 2: Total vehicles, line 5**    $ 54,000.00

57. **Part 3: Total personal and household items, line 15**    $ 12,330.00

58. **Part 4: Total financial assets, line 36**    $ 5,038,252.79

59. **Part 5: Total business-related property, line 45**    $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $ 24,000.00

61. **Part 7: Total other property not listed, line 54**    + $ 0.00

62. **Total personal property.** Add lines 56 through 61. ....................    $ 5,128,582.79    Copy personal property total ➔  + $ 5,128,582.79

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ......................................................    $ 6,288,582.79

Debtor 1 _____     Case number *(if known)* 25-17093
    First Name     Middle Name     Last Name

## Continuation Sheet for Official Form 106A/B

**19) Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

| | | |
|---|---|---|
| Concourse Realty Assoc. LLC / 888 Grand Concourse Associates, LLC [correct name unclear at present] [nonoperational] | 25% | 111.24 |
| 150 Lefferts Ave. Co. LLC [in Ch 11 bankruptcy] | 75% | Unknown |
| Bombart Management LLC [nonoperational] | 100% | 576.79 |
| 1401 Grand Concourse Assoc. LLC [nonoperational] | 25% | 0.00 |
| 1950 Daly Ave. Assoc. LLC [nonoperational] | 100% | 0.00 |
| Tiny Fiesta Realty Assoc. LLC [nonoperational] | 100% | 0.00 |
| JB Ranch, LLC [nonoperational] | 100% | 0.00 |
| 150 West 179th St. LLC [nonoperational] | 25% | 0.00 |
| Grey Horse Equities, LLC - holds a lithograph piece believed to be signed by Picasso - "Le Peintre et son Modele" [nonoperational] | 100% | 105,650.00 |
| Blue Water Adventures LLC which holds a boat (majority of this value) [nonoperational] | 100% | 250,000.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jonathan Bombart |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number | 25-17093 |
| (If known) | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 38 Woodens Lane  Line from *Schedule A/B*: 1.1 | $ 1,160,000.00 | ☑ $ 31,575.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| Brief description: 2023 Toyota Tundra  Line from *Schedule A/B*: 3.2 | $ 47,000.00 | ☑ $ 5,025.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| Brief description: Household Goods - Household goods & furnishings  Line from *Schedule A/B*: 6 | $ 5,000.00 | ☑ $ 5,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Debtor    Jonathan Bombart    Case number *(if known)*    25-17093

First Name    Middle Name    Last Name

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Electronics - Electronic Appliances Line from *Schedule A/B*: 7 | $ 500.00 | ☑ $ 500.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Collectibles Of Value - Art Collectibles - vintage and rare posters Line from *Schedule A/B*: 8 | $ 3,500.00 | ☑ $ 3,500.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Sports & Hobby Equipment - 2 saddles - 1) 15-20 years old and 2) other also old and was bought used Line from *Schedule A/B*: 9 | $ 300.00 | ☑ $ 300.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Clothing - Clothes, Shoes & Accessories Line from *Schedule A/B*: 11 | $ 250.00 | ☑ $ 250.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Jewelry - Jewelry - 1) $150 antique, 2) $30 flea market purchase, 3) Breitling estimated value $600 Line from *Schedule A/B*: 12 | $ 780.00 | ☑ $ 780.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |
| Brief description: Other - Art - wall art, assorted Line from *Schedule A/B*: 14 | $ 2,000.00 | ☑ $ 2,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Checking (Chase -3583) as of 6/30/2025 (Checking Account) Line from *Schedule A/B*: 17.6 | $ 3,546.37 | ☑ $ 1,675.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: IRA (Chase -3826) as of 6/30/2025 Line from *Schedule A/B*: 21 | $ 20,951.87 | ☑ $ 20,951.87 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(12) |
| Brief description: Tractor, purchased 2023 for $20k Line from *Schedule A/B*: 49 | $ 17,000.00 | ☑ $ 3,175.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(6) |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1     Jonathan Bombart
              First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name          Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number     25-17093
(If known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:  List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.1** Gregory Wasser

Creditor's Name
211 East 43rd St
Number    Street

New York          NY    10017
City              State  ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**
Date debt was incurred _____

**Describe the property that secures the claim:**   $ 1,000,000.00   $ 1,160,000.00   $ 0.00

38 Woodens Lane, Lambertville, NJ 08530 - $1,160,000.00
Private Mortgage

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right of offset) _____

Last 4 digits of account number _____

**2.2** Toyota Mtr

Creditor's Name
111 W 22nd St
Number    Street

Oakbrook          IL    60521
City              State  ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**
Date debt was incurred  10-11-2023

**Describe the property that secures the claim:**   $ 10,972.00   $ 47,000.00   $ 0.00

2023 Toyota Tundra - $47,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right of offset) _____

Last 4 digits of account number   0001

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $ 1,010,972.00

Debtor 1    Jonathan Bombart
_____
First Name    Middle Name    Last Name

Case number *(if known)* 25-17093

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

_____
Name

_____
Street

_____

_____
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

_____
Name

_____
Street

_____

_____
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

_____
Name

_____
Street

_____

_____
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

_____
Name

_____
Street

_____

_____
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

_____
Name

_____
Street

_____

_____
City                State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

_____
Name

_____
Street

_____

_____
City                State        ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jonathan Bombart | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  District of New Jersey

Case number  25-17093
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2.  List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** Internal Revenue Service

Priority Creditor's Name
Attn: Registered Agent / Officer
Number        Street
PO Box 7346
Philadelphia        PA        19101
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim: $500.00    Priority amount: $0.00    Nonpriority amount: $500.00

**2.2** Internal Revenue Service

Priority Creditor's Name
Attn: Registered Agent / Officer
Number        Street
P.O. Box 7346
Philadelphia        PA        19101
City                State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?**  2020, 2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim: $348,010.71    Priority amount: $5,322.40    Nonpriority amount: $342,688.3

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
| --- | --- |

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- |

### 2.3 Internal Revenue Service

**Priority Creditor's Name**
Attn: Registered Agent / Officer
Number    Street
P.O. Box 7346

Philadelphia    PA    19101
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ 11,271.94   $ 6,667.70   $ 0.00

### 2.4 NYC Dept of Finance, Office of Legal Affairs

**Priority Creditor's Name**
Collections Unit–RPT Taxes
Number    Street
375 Pearl Street, 30th fl

New York    NY    10038
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ 159,233.7   $ 0.00   $ 159,233.7

### 2.5 NYC Dept of Finance, Office of Legal Affairs

**Priority Creditor's Name**
Collections Unit–RPT Taxes
Number    Street
375 Pearl Street, 30th fl

New York    NY    10038
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ 226,839.6   $ 0.00   $ 226,839.6

Case 25-17093-JKS    Doc 23    Filed 07/29/25    Entered 07/29/25 08:27:41    Desc Main
Document      Page 26 of 86

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---------|---------------------------------------------------|

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.6**  NY State Department of Labor

Last 4 digits of account number _____    $ 352.22    $ 0.00    $ 352.22

_Priority Creditor's Name_
1220 Washington Ave

_Number    Street_
Bldg 12 Room 256

Albany                NY        12226
_City                State      ZIP Code_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.7**  NY State Dept. Tax, Fin

Last 4 digits of account number _____    $ 55,210.39    $ 0.00    $ 55,210.39

_Priority Creditor's Name_
Audit Div.-Pers. Income Tax Desk

_Number    Street_
W A Harriman Campus

Albany                NY        12227
_City                State      ZIP Code_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Last 4 digits of account number _____    $ _____    $ _____    $ _____

_Priority Creditor's Name_

_Number    Street_

_City                State      ZIP Code_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor 1  ___Jonathan Bonheur___  
First Name   Middle Name   Last Name

Case number (if known) ___25-17093___

| | Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | | Total claim |
|---|---|---|---|

**4.1**  55 EAST 21st STREET TENANT ASSOCIATION

Last 4 digits of account number ____

$ 0.00

Nonpriority Creditor's Name  
Attn: Registered Agent / Officer

When was the debt incurred? _____

Number       Street  
55 E 21st St

Brooklyn          NY    11226  
City              State  ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent  
☑ Unliquidated  
☑ Disputed

**Who incurred the debt?** Check one.  
☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**  
☑ No  
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify LT-317749-24/KI

---

**4.2**  Albert Howard

Last 4 digits of account number ____

$ 82,393.10

Nonpriority Creditor's Name  
55 East 21st Street

When was the debt incurred? _____

Number       Street  
#6D

Brooklyn          NY    11226  
City              State  ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent  
☑ Unliquidated  
☑ Disputed

**Who incurred the debt?** Check one.  
☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**  
☑ No  
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify

---

**4.3**  Alexis Tella

Last 4 digits of account number ____

$ 51,005.00

Nonpriority Creditor's Name  
55 East 21st Street

When was the debt incurred? _____

Number       Street  
Apt. 6G

Brooklyn          NY    11226  
City              State  ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent  
☑ Unliquidated  
☑ Disputed

**Who incurred the debt?** Check one.  
☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**  
☑ No  
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify

Debtor 1 _____ Jonathan Bohnart _____    Case number _(if known)_ __25-17093__
First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.4** Amex
Nonpriority Creditor's Name

P O Box 297871
Number    Street

Last 4 digits of account number   1923

When was the debt incurred?   12-09-1982

$ 48,171.00

Fort Lauderdale    FL    33329
City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit Card Debt

---

**4.5** Benjamin Afurn
Nonpriority Creditor's Name

55 East 21st Street
Number    Street
#2D

Last 4 digits of account number

When was the debt incurred?   _____

$ 65,634.00

Brooklyn    NY    11226
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

**4.6** Betcy Dorvil
Nonpriority Creditor's Name

55 East 21st Street
Number    Street
Apt. 2J

Last 4 digits of account number

When was the debt incurred?   _____

$ 90,680.00

Brooklyn    NY    11226
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Addtly Proposed Intervenor through 55 E 21st St. Tenant Association in LT-317749-24/KI

Debtor 1 ___Jonathan Bonhart_____    Case number _(if known)___25-17093___

First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.7** BRC E21st Lender, LLC

Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent

Number        Street

1177 High Ridge Road, Ste 101

Stamford                    CT        06905

City                        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 6,000,000.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  Personal Guarantee of 2 property-holding LLC refi

---

**4.8** Breakaway Physical Therapy

Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent

Number        Street

212 W 91st Street

New York                    NY        10024

City                        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 8,000.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  Medical Services

---

**4.9** Brooklyn Legal Services

Nonpriority Creditor's Name

re: Elice Carr

Number        Street

1709 St. Marks Ave., 2nd Fl

Brooklyn                    NY        11233

City                        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  LT-317749-24/KI

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

---

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

**4.10**   Brooklyn Legal Services

Nonpriority Creditor's Name

re: Cheryl Goddard

Number     Street

1709 St. Marks Ave., 2nd Fl

Brooklyn     NY    11233

City      State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   LT-317749-24/KI

---

**4.11**   Brooklyn Legal Services

Nonpriority Creditor's Name

re: Daniel James

Number     Street

1709 St. Marks Ave., 2nd Fl

Brooklyn     NY    11233

City      State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   LT-317749-24/KI

---

**4.12**   Calvin Baldwin

Nonpriority Creditor's Name

55 East 21st Street

Number     Street

#3B

Brooklyn     NY    11226

City      State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 82,368.00

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Addtly Proposed Intervenor through 55 E 21st St. Tenant Association in LT-317749-24/KI

---

Debtor 1 ___Jonathan Bonhair_____    Case number *(if known)*  25-17093
First Name    Middle Name    Last Name

| | |
|---|---|
| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.13**  Clarisse Massamba
Nonpriority Creditor's Name

55 East 21st Street
Number    Street
#4G

Brooklyn    NY    11226
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

$ 49,857.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

**4.14**  Cliceida Montero
Nonpriority Creditor's Name

55 East 21st Street
Number    Street
Apt. 4E

Brooklyn    NY    11226
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

$ 88,640.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Addtly Proposed Intervenor through 55 E 21st St. Tenant Association in LT-317749-24/KI

---

**4.15**  Corrine Matthews
Nonpriority Creditor's Name

55 East 21st Street
Number    Street
#1E

Brooklyn    NY    11226
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

$ 98,172.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Debtor 1 ___Jonathan Bonheur_____    Case number (if known) ___25-17093___

First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.16**    Daniel Campos Perez

_____
Nonpriority Creditor's Name

55 East 21st Street
_____
Number    Street

Apt. 6B
_____

Brooklyn                               NY        11226
_____
City                                   State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ____

When was the debt incurred? _____

$ 64,756.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**4.17**    Delbello, Donnellan, Weingarten, Wise, Wiederkehr, LLP

_____
Nonpriority Creditor's Name

Attn: Registered Agent / Officer
_____
Number    Street

One North Lexington Ave, 11th Floor
_____

White Plains                           NY        10601
_____
City                                   State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ____

When was the debt incurred? _____

$ 0.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  69128/2019 & 61599/2021 - Westchester County Supreme Court

**4.18**    Elizabeth Ruble

_____
Nonpriority Creditor's Name

55 East 21st Street
_____
Number    Street

Apt. 6G
_____

Brooklyn                               NY        11226
_____
City                                   State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ____

When was the debt incurred? _____

$ 159,421.34

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Debtor 1 _____Jonathan Bonsari_____    Case number _(if known)_ __25-17093__
    First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.19**   Erica Pierre
Nonpriority Creditor's Name

55 East 21st Street
Number    Street

Apt. 4F

Brooklyn    NY    11226
City    State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 81,660.00

**4.20**   Gault Energy
Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number    Street

11 Ferry Lane West, PO BOX 2030

Westport    CT    06880
City    State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 6,033.61

**4.21**   Jose Lopez
Nonpriority Creditor's Name

55 East 21st Street
Number    Street

Apt. 3A

Brooklyn    NY    11226
City    State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 87,567.00

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.22**  Jpmcb Card
Nonpriority Creditor's Name

800 Brooksedge Blvd
Number    Street

Westerville                OH        43081
City                      State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  4815

**When was the debt incurred?**  04-10-1984

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection Agency

$ 71,405.00

**4.23**  Jpmcb Card
Nonpriority Creditor's Name

201 N Walnut St
Number    Street

Wilmington                DE        19801
City                      State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  1879
**When was the debt incurred?**  03-13-2008

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 25,529.00

**4.24**  Kareem Richards
Nonpriority Creditor's Name

55 East 21st Street
Number    Street

#1J

Brooklyn                  NY        11226
City                      State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 175,620.00

Debtor 1 _____Jonathan Bonhart_____   Case number (if known) ___25-17093___

| First Name | Middle Name | Last Name |

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

**4.25**   Keisha Joseph

Nonpriority Creditor's Name

55 East 21st Street, Apt. 6A

Number        Street

Brooklyn                    NY      11226

City                          State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ____ ____ ____ ____

**When was the debt incurred?** _____

$ 36,500.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Addtly Proposed Intervenor through 55 E 21st St. Tenant Association in LT-317749-24/KI

---

**4.26**   Kwame Brempong

Nonpriority Creditor's Name

55 East 21st Street

Number        Street

Apt. 6F

Brooklyn                    NY      11226

City                          State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ____ ____ ____ ____

**When was the debt incurred?** _____

$ 86,928.80

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

**4.27**   Lucas-Way 108 W 80 LLC

Nonpriority Creditor's Name

Attn: Registered Agent / Officer

Number        Street

108 West 80th Street

New York                   NY      10024

City                          State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ____ ____ ____ ____

**When was the debt incurred?** _____

$ 65,450.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Back rent LT-316865-22/NY

---

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.** Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.28**  Maggie Oliver
Nonpriority Creditor's Name

55 East 21st Street
Number        Street
Apt. 5B

Brooklyn            NY      11226
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 71,542.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Addtly Proposed Intervenor through 55 E 21st St. Tenant Association in LT-317749-24/KI

**4.29**  Martha Nava
Nonpriority Creditor's Name

55 East 21st Street
Number        Street
#4E

Brooklyn            NY      11226
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 38,048.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**4.30**  Mizrahi Law Offices, LLC
Nonpriority Creditor's Name
Attn: Robert N. Mizrahi, Esq.
160 Broadway, Suite 710
Number        Street

New York            NY      10038
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Legal Services in HPD cases

Debtor 1 ___Jonathan Bonhart_____    Case number _(if known)_ ___25-17093___

First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.31**

NYC Dept of Housing Pres. Dev.

Nonpriority Creditor's Name

Attn: Registered Agent / Officer

Number    Street

100 Gold Street, Rm 6Y4

New York                    NY    10038

City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ____ ____ ____ ____

**When was the debt incurred?** _____

$ 635,450.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Civil penalties for failure to correct violations sought in LT-317750-24/BX

**4.32**

NYC Dept of Housing Pres. Dev.

Nonpriority Creditor's Name

100 Gold Street

Number    Street

Room 6Y4

New York                    NY    10038

City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ____ ____ ____ ____

**When was the debt incurred?** _____

$ 789,150.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**4.33**

NYC Water Board

Nonpriority Creditor's Name

Attn: Richard J Costa, Sr Cnsl – Bureau of Legal Affairs

Number    Street

59-17 Junction Blvd, 13th Fl

Elmhurst                    NY    11373-5108

City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ____ ____ ____ ____

**When was the debt incurred?** _____

$ 63,431.16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Case 25-17093-JKS    Doc 23    Filed 07/29/25    Entered 07/29/25 08:27:41    Desc Main
Document    Page 38 of 86

Debtor 1 ___Jonathan Bonfair_____    Case number _(if known)__25-17093___
        First Name    Middle Name    Last Name

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

### 4.34  NYC Water Board

Nonpriority Creditor's Name

Attn: Richard J Costa, Sr Cnsl – Bureau of Legal Affairs

Number        Street
59–17 Junction Blvd, 13th Fl

Elmhurst                              NY        11373–5108
City                                  State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 133,613.22

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

### 4.35  Renee Remsberg

Nonpriority Creditor's Name

55 East 21st Street
Number        Street

Apt. 6G

Brooklyn                              NY        11226
City                                  State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 159,421.34

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Addtly Proposed Intervenor through 55 E 21st St. Tenant Association in LT-317749-24/KI

### 4.36  Rita Oliver

Nonpriority Creditor's Name

55 East 21st Street
Number        Street

Apt. 5J

Brooklyn                              NY        11226
City                                  State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 58,511.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Debtor 1 ___Jonathan Bombart_____    Case number _(if known)_ __25-17093__
　　　　　First Name　　Middle Name　　Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |

**4.37** Sonia Bombart
Nonpriority Creditor's Name

32 Bernhard Drive
Number　　Street

Weston　　　　　　　CT　　06883
City　　　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 2,710,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify　Cash Property Settlement

---

**4.38** Steven Hypolite
Nonpriority Creditor's Name

55 East 21st Street
Number　　Street
#4B
Brooklyn　　　　　　NY　　11226
City　　　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 151,504.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

**4.39** Superb Property Management
Nonpriority Creditor's Name
Attn: Pres./CEO/Reg. Agent
99 Park Avenue Suite 810
Number　　Street
New York　　　　　　NY　　10016
City　　　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 195,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify　Construction Services; Kings Cty Supreme Crt 521717/2025

Debtor 1    _Jonathan Bonsair_    Case number _(if known)_ _25-17093_
First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.40** Triborough Bridge and Tunnel Authority
Nonpriority Creditor's Name

TBTA Toll Group
Number        Street

2 Broadway, 24th Floor

New York              NJ        10004
City                  State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Unpaid Tolls

$ 4,365.89

---

**4.41** Valorie Turner
Nonpriority Creditor's Name

55 East 21st Street
Number        Street

#5H

Brooklyn              NY        11226
City                  State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 44,232.00

---

**4.42** Verizon
Nonpriority Creditor's Name

by American InfoSource as agent
Number        Street

PO Box 4457

Houston               TX        77210-4457
City                  State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 1,482.28

---

Debtor 1  _____Jonathan Bonsol_____    Case number *(if known)*___25-17093___

First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.43**  Veronica Langaigne

Nonpriority Creditor's Name

55 East 21st Street

Number    Street

#1H

Brooklyn                    NY    11226

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 89,244.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Addtly Proposed Intervenor through 55 E 21st St. Tenant Association in LT-317749-24/KI

**4.44**  Veronica Mathurin

Nonpriority Creditor's Name

55 East 21st Street

Number    Street

#6J

Brooklyn                    NY    11226

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Addtly Proposed Intervenor through 55 E 21st St. Tenant Association in LT-317749-24/KI

**4.45**  Walter McQueen

Nonpriority Creditor's Name

55 East 21st Street

Number    Street

Apt. 4A

Brooklyn                    NY    11226

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 81,995.33

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Addtly Proposed Intervenor through 55 E 21st St. Tenant Association in LT-317749-24/KI

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |
| --- | --- |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
| --- | --- | --- |

**4.46**  Westside Physical Therapy

Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent

Number    Street

244 West 54th St. Ste 1002

New York                NY        10019

City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 8,000.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify

---

Nonpriority Creditor's Name

Number    Street

City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify

---

Nonpriority Creditor's Name

Number    Street

City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify

Debtor 1 _____    Case number _(if known)_ __25-17093__
　　　　　First Name　　Middle Name　　Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

A.Y. STRAUSS LLC
Name

Attn: ERIC H. HORN

Number　　Street
101 EISENHOWER PARKWAY

Roseland　　　　　　NJ　　07068
City　　　　　　　　State　　ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.6__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Attn: Harry M. Gutfleish, Esq.
Name

GUTFLEISH LAW , LLC

Number　　Street
One University Plaza, Suite 208

Hackensack　　　　NJ　　07601
City　　　　　　　　State　　ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.37__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Attorney General United States
Name

Department of Justice

Number　　Street
Ben Franklin Station, P.O. Box 683

Washington　　　　DC　　20044
City　　　　　　　　State　　ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.3__ of (Check one): ☒ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Brooklyn Legal Services
Name

Attn: Liam McSweeny, Esq.

Number　　Street
1709 St. Marks Ave., 2nd Fl

Brooklyn　　　　　NY　　11233
City　　　　　　　　State　　ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.6__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Brooklyn Legal Services
Name

Attn: Liam McSweeny, Esq.

Number　　Street
1709 St. Marks Ave., 2nd Fl

Brooklyn　　　　　NY　　11233
City　　　　　　　　State　　ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.43__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Brooklyn Legal Services
Name

Attn: Liam McSweeny, Esq., re: 55 E 21st St. Tenant Asso

Number　　Street
1709 St. Marks Ave., 2nd Fl

Brooklyn　　　　　NY　　11233
City　　　　　　　　State　　ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.1__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Brooklyn Legal Services
Name

Attn: Liam McSweeny, Esq.

Number　　Street
1709 St. Marks Ave., 2nd Fl

Brooklyn　　　　　NY　　11233
City　　　　　　　　State　　ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.45__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Debtor 1 _____    Case number _(if known)_ __25-17093__
          First Name    Middle Name    Last Name

---

**Part 3:**    List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Brooklyn Legal Services
_Name_

Attn: Liam McSweeny, Esq.
_Number_    _Street_

1709 St. Marks Ave., 2nd Fl

Brooklyn     NY     11233
_City_     _State_     _ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.25__ of (_Check one:_) ☐ Part 1: Creditors with Priority Unsecured Claims
                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Brooklyn Legal Services
_Name_

Attn: Liam McSweeny, Esq.
_Number_    _Street_

1709 St. Marks Ave., 2nd Fl

Brooklyn     NY     11233
_City_     _State_     _ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.14__ of (_Check one:_) ☐ Part 1: Creditors with Priority Unsecured Claims
                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Brooklyn Legal Services
_Name_

Attn: Liam McSweeny, Esq.
_Number_    _Street_

1709 St. Marks Ave., 2nd Fl

Brooklyn     NY     11233
_City_     _State_     _ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.35__ of (_Check one:_) ☐ Part 1: Creditors with Priority Unsecured Claims
                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Brooklyn Legal Services
_Name_

Attn: Liam McSweeny, Esq.
_Number_    _Street_

1709 St. Marks Ave., 2nd Fl

Brooklyn     NY     11233
_City_     _State_     _ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.12__ of (_Check one:_) ☐ Part 1: Creditors with Priority Unsecured Claims
                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Brooklyn Legal Services
_Name_

Attn: Liam McSweeny, Esq.
_Number_    _Street_

1709 St. Marks Ave., 2nd Fl

Brooklyn     NY     11233
_City_     _State_     _ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.44__ of (_Check one:_) ☐ Part 1: Creditors with Priority Unsecured Claims
                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Brooklyn Legal Services
_Name_

Attn: Liam McSweeny, Esq.
_Number_    _Street_

1709 St. Marks Ave., 2nd Fl

Brooklyn     NY     11233
_City_     _State_     _ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.28__ of (_Check one:_) ☐ Part 1: Creditors with Priority Unsecured Claims
                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Eamonn OHagan - on behalf of IRS
_Name_

U.S. Attorneys Office District of New Jersey
_Number_    _Street_

970 Broad Street

Newark     NJ     07102
_City_     _State_     _ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.3__ of (_Check one:_) ☑ Part 1: Creditors with Priority Unsecured Claims
                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Debtor 1  _____    Case number _____
                First Name    Middle Name    Last Name                    (if known)

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Eamonn OHagan - on behalf of IRS
_____
Name
U.S. Attorneys Office District of New Jersey
_____
Number    Street
970 Broad Street
_____

Newark                          NJ      07102
_____
City                            State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  2.2  of  (Check one):  ☑ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Goldberg Weprin Finkel Goldstein LLP
_____
Name
Attn: Kevin J. Nash
_____
Number    Street
125 Park Avenue, 12th Floor
_____

New York                        NY      10017
_____
City                            State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.7  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Goldberg Weprin Finkel Goldstein LLP
_____
Name
Attn: Jeremiah J. Vandermark
_____
Number    Street
125 Park Avenue, 12th Floor
_____

New York                        NY      10017
_____
City                            State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.7  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Harry G.
_____
Name

_____
Number    Street

_____

_____
City                            State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.37  of  (Check one):  ☑ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Horing Welikson Rosen & Digrugilliers
_____
Name
Attn: Registered Agent / Officer
_____
Number    Street
11 Hillside Avenue
_____

Williston Park                  NY      11596
_____
City                            State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.27  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Jpmcb Card
_____
Name
800 Brooksedge Blvd
_____
Number    Street

_____

Westerville                     OH      43081
_____
City                            State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.22  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   4236

---

Metcalf & Metcalf, P.C.
_____
Name
Attn: STEVEN A. METCALF II, ESQ.
_____
Number    Street
99 Park Avenue, Suite 810
_____

New York                        NY      10016
_____
City                            State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.39  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

Debtor 1 _____Jenenah Bombart_____    Case number _(if known)_ __25-17093__
                First Name    Middle Name    Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

NY Office of the Attorney General
Name

Attn: Reg. Agent/Officer
Number    Street

28 Liberty Street, 15th Floor

New York                    NY        10005
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.7__ of  _(Check one):_ ☑ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

NYC HPD Housing Litigation Div.
Name

Attn: Bryan Daly, Esq.
Number    Street

100 Gold Street

New York                    NY        10038
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.32__ of  _(Check one):_ ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

NYC HPD Housing Litigation Div.
Name

Attn: Bryan Daly, Esq.
Number    Street

100 Gold Street

New York                    NY        10038
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.31__ of  _(Check one):_ ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

New Jersey Turnpike Authority
Name

Ramon de la Cruz, NJ Turnpike Authority
Number    Street

1 Turnpike Plaza, P.O Box 5042

Woodbridge                  NJ        07095
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.40__ of  _(Check one):_ ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Office of the NY State Attorney General
Name

Attn: NY State Attorney General
Number    Street

The Capitol

Albany                      NY        12224-03
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.7__ of  _(Check one):_ ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Office of the NY State Attorney General
Name

Attn: NY State Attorney General
Number    Street

The Capitol

Albany                      NY        12224-03
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.6__ of  _(Check one):_ ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sonia Bombart
Name

Attn: COSTELLO BRENNAN DEVIDAS et al.
Number    Street

1238 POST ROAD

Fairfield                   CT        06824
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.37__ of  _(Check one):_ ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Debtor 1 _____     Case number _____
     First Name     Middle Name     Last Name       (if known)

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Sullivan and Cromwell
_____
Name

Attn: Marc De Leeuw
_____
Number      Street

125 Broad St
_____

New York                    NY        10004
_____
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.3__ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
_____
Name

Attn: Marc De Leeuw
_____
Number      Street

125 Broad St
_____

New York                    NY        10004
_____
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.29__ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
_____
Name

Attn: Marc De Leeuw
_____
Number      Street

125 Broad St
_____

New York                    NY        10004
_____
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.6__ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
_____
Name

Attn: Marc De Leeuw
_____
Number      Street

125 Broad St
_____

New York                    NY        10004
_____
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.21__ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
_____
Name

Attn: Marc De Leeuw
_____
Number      Street

125 Broad St
_____

New York                    NY        10004
_____
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.43__ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
_____
Name

Attn: Marc De Leeuw
_____
Number      Street

125 Broad St
_____

New York                    NY        10004
_____
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.5__ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
_____
Name

Attn: Marc De Leeuw
_____
Number      Street

125 Broad St
_____

New York                    NY        10004
_____
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.45__ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Debtor 1 _____
First Name    Middle Name    Last Name

Case number _(if known)_ _____

---

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Sullivan and Cromwell
_Name_

Attn: Marc De Leeuw
_Number        Street_

125 Broad St

| New York | NY | 10004 |
| _City_ | _State_ | _ZIP Code_ |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.25_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
_Name_

Attn: Marc De Leeuw
_Number        Street_

125 Broad St

| New York | NY | 10004 |
| _City_ | _State_ | _ZIP Code_ |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.14_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
_Name_

Attn: Marc De Leeuw
_Number        Street_

125 Broad St

| New York | NY | 10004 |
| _City_ | _State_ | _ZIP Code_ |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.35_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
_Name_

Attn: Marc De Leeuw
_Number        Street_

125 Broad St

| New York | NY | 10004 |
| _City_ | _State_ | _ZIP Code_ |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.12_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
_Name_

Attn: Marc De Leeuw
_Number        Street_

125 Broad St

| New York | NY | 10004 |
| _City_ | _State_ | _ZIP Code_ |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.44_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
_Name_

Attn: Marc De Leeuw
_Number        Street_

125 Broad St

| New York | NY | 10004 |
| _City_ | _State_ | _ZIP Code_ |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.41_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
_Name_

Attn: Marc De Leeuw
_Number        Street_

125 Broad St

| New York | NY | 10004 |
| _City_ | _State_ | _ZIP Code_ |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.38_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Debtor 1  _____  Case number _(if known)_ _25-17093_
          First Name   Middle Name   Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Sullivan and Cromwell
Name

Attn: Marc De Leeuw
Number      Street

125 Broad St

New York                    NY        10004
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.28__ of  _(Check one):_ ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
Name

Attn: Marc De Leeuw
Number      Street

125 Broad St

New York                    NY        10004
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.36__ of  _(Check one):_ ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
Name

Attn: Marc De Leeuw
Number      Street

125 Broad St

New York                    NY        10004
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.26__ of  _(Check one):_ ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
Name

Attn: Marc De Leeuw
Number      Street

125 Broad St

New York                    NY        10004
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.19__ of  _(Check one):_ ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
Name

Attn: Marc De Leeuw
Number      Street

125 Broad St

New York                    NY        10004
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.13__ of  _(Check one):_ ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
Name

Attn: Marc De Leeuw
Number      Street

125 Broad St

New York                    NY        10004
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.24__ of  _(Check one):_ ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
Name

Attn: Marc De Leeuw
Number      Street

125 Broad St

New York                    NY        10004
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.18__ of  _(Check one):_ ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

Debtor 1 _____    Case number _____
    First Name      Middle Name      Last Name                        (if known)

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed |
| --- | --- |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Sullivan and Cromwell
_Name_

Attn: Marc De Leeuw
_Number      Street_

125 Broad St

New York        NY      10004
_City                  State      ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.15__ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

                                     ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
_Name_

Attn: Marc De Leeuw
_Number      Street_

125 Broad St

New York        NY      10004
_City                  State      ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.2__ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

                                     ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Sullivan and Cromwell
_Name_

Attn: Marc De Leeuw
_Number      Street_

125 Broad St

New York        NY      10004
_City                  State      ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.16__ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

                                   ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

_Name_

_Number      Street_

_City                  State      ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

                                     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

_Name_

_Number      Street_

_City                  State      ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

                                     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

_Name_

_Number      Street_

_City                  State      ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

                                     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

_Name_

_Number      Street_

_City                  State      ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

                                     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

Debtor 1 ___Jonathan Bombaci___
First Name   Middle Name   Last Name

Case number (if known)___25-17093___

| **Part 4:** | Add the Amounts for Each Type of Unsecured Claim |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 801,418.70 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 801,418.70 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 12,760,781.07 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 12,760,781.07 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | Jonathan Bombart | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse If filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the District of New Jersey

| Case number | 25-17093 |
| (If known) | |

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Ronaldo de Jesus<br>Name<br>38 Amsterdam Ave<br>Street<br>Teaneck      NJ    07666<br>City      State    ZIP Code | [no documentation] Help with managing horses and stable on home property; once a week landscaping.<br>Purchaser |
| 2.2 | Alan's Oil & Propane<br>Name<br>Attn: Pres./CEO/Reg. Agent          427 Main St<br>Street<br>Vincentown      NJ    08088-3334<br>City      State    ZIP Code | Oil & Propane monthly<br>Purchaser |
| 2.3 | <br>Name<br><br>Street<br><br>City      State    ZIP Code | |
| 2.4 | <br>Name<br><br>Street<br><br>City      State    ZIP Code | |
| 2.5 | <br>Name<br><br>Street<br><br>City      State    ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jonathan Bombart |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) First Name    Middle Name        Last Name | |

United States Bankruptcy Court for the: District of New Jersey

Case number 25-17093
(If known)

☐ Check if this is an amended filing

## Official Form 106H

## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No

   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

        ☐ No

        ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

        _____
        Name of your spouse, former spouse, or legal equivalent

        _____
        Number     Street

        _____
        City            State        ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** 55 East 21st Co., LLC<br>Name<br>Attn: Pres./CEO/Reg. Agent 55 East 21st St<br>Street<br>Brooklyn     NY     11226<br>City      State      ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 4.39<br>☐ Schedule G, line _____ |
| **3.2** 55 East 21st Co., LLC<br>Name<br>Attn: Pres./CEO/Reg. Agent 55 East 21st Street<br>Street<br>Brooklyn     NY     11226<br>City      State      ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 4.32<br>☐ Schedule G, line _____ |
| **3.3** 55 East 21st Street, LLC<br>Name<br>Attn: Pres./CEO/Reg. Agent 55 East 21st Street<br>Street<br>Brooklyn     NY     11226<br>City      State      ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 4.25<br>☐ Schedule G, line _____ |

Debtor 1    Jonathan Bombart
     First Name    Middle Name    Last Name       Case number *(if known)*_____

### Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.4**

55 East 21st Street, LLC
Name
Attn: Pres./CEO/Reg. Agent 55 East 21st Street
Street
Brooklyn      NY      11226
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.12
- ☐ Schedule G, line _____

**3.5**

55 East 21st Street, LLC
Name
Attn: Pres./CEO/Reg. Agent 55 East 21st Street
Street
Brooklyn      NY      11226
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.26
- ☐ Schedule G, line _____

**3.6**

55 East 21st Street, LLC
Name
Attn: Pres./CEO/Reg. Agent 55 East 21st Street
Street
Brooklyn      NY      11226
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.29
- ☐ Schedule G, line _____

**3.7**

55 East 21st Street, LLC
Name
Attn: Pres./CEO/Reg. Agent 55 East 21st Street
Street
Brooklyn      NY      11226
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.28
- ☐ Schedule G, line _____

**3.8**

55 East 21st Street, LLC
Name
Attn: Pres./CEO/Reg. Agent 55 East 21st Street
Street
Brooklyn      NY      11226
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.6
- ☐ Schedule G, line _____

**3.9**

55 East 21st Street, LLC
Name
Attn: Pres./CEO/Reg. Agent 55 East 21st Street
Street
Brooklyn      NY      11226
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.21
- ☐ Schedule G, line _____

**3.10**

55 East 21st Street, LLC
Name
Attn: Pres./CEO/Reg. Agent 55 East 21st Street
Street
Brooklyn      NY      11226
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.43
- ☐ Schedule G, line _____

**3.11**

55 East 21st Street, LLC
Name
Attn: Pres./CEO/Reg. Agent 55 East 21st Street
Street
Brooklyn      NY      11226
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.13
- ☐ Schedule G, line _____

Debtor 1    Jonathan Bombart
_____
First Name        Middle Name        Last Name

Case number *(if known)*_____

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.12**

55 East 21st Street, LLC
_____
Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street
_____
Street

Brooklyn                    NY              11226
_____
City                   State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.18
☐ Schedule G, line _____

**3.13**

55 East 21st Street, LLC
_____
Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street
_____
Street

Brooklyn                    NY              11226
_____
City                   State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.3
☐ Schedule G, line _____

**3.14**

55 East 21st Street, LLC
_____
Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street
_____
Street

Brooklyn                    NY              11226
_____
City                   State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.41
☐ Schedule G, line _____

**3.15**

55 East 21st Street, LLC
_____
Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street
_____
Street

Brooklyn                    NY              11226
_____
City                   State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.36
☐ Schedule G, line _____

**3.16**

55 East 21st Street, LLC
_____
Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street
_____
Street

Brooklyn                    NY              11226
_____
City                   State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.38
☐ Schedule G, line _____

**3.17**

55 East 21st Street, LLC
_____
Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street
_____
Street

Brooklyn                    NY              11226
_____
City                   State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.15
☐ Schedule G, line _____

**3.18**

55 East 21st Street, LLC
_____
Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street
_____
Street

Brooklyn                    NY              11226
_____
City                   State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.24
☐ Schedule G, line _____

**3.19**

55 East 21st Street, LLC
_____
Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street
_____
Street

Brooklyn                    NY              11226
_____
City                   State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.35
☐ Schedule G, line _____

Debtor 1    Jonathan Bombart

First Name    Middle Name    Last Name    Case number *(if known)*_____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |

**3.20**

55 East 21st Street, LLC

Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street

Street

Brooklyn                    NY                    11226

City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.44
☐ Schedule G, line _____

**3.21**

55 East 21st Street, LLC

Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street

Street

Brooklyn                    NY                    11226

City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.16
☐ Schedule G, line _____

**3.22**

55 East 21st Street, LLC

Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street

Street

Brooklyn                    NY                    11226

City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.14
☐ Schedule G, line _____

**3.23**

55 East 21st Street, LLC

Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street

Street

Brooklyn                    NY                    11226

City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.45
☐ Schedule G, line _____

**3.24**

55 East 21st Street, LLC

Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street

Street

Brooklyn                    NY                    11226

City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 2.5
☐ Schedule G, line _____

**3.25**

150 Lefferts Avenue Company, LLC

Name

Attn: Pres./CEO/Reg. Agent 108 West 80th Street

Street

New York                    NY                    10024

City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.33
☐ Schedule G, line _____

**3.26**

55 East 21st Street, LLC

Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street

Street

Brooklyn                    NY                    11226

City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.5
☐ Schedule G, line _____

**3.27**

55 East 21st Street, LLC

Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street

Street

Brooklyn                    NY                    11226

City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.19
☐ Schedule G, line _____

Debtor 1    Jonathan Bombart

First Name    Middle Name    Last Name

Case number *(if known)*_____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.28**

55 East 21st Street, LLC

Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street

Street

Brooklyn                     NY                     11226

City                          State                ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line 4.34
- ☐ Schedule G, line _____

**3.29**

55 East 21st Street, LLC

Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street

Street

Brooklyn                     NY                     11226

City                          State                ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line 4.2
- ☐ Schedule G, line _____

**3.30**

55 East 21st Street, LLC

Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street

Street

Brooklyn                     NY                     11226

City                          State                ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line 4.7
- ☐ Schedule G, line _____

**3.31**

150 Lefferts Avenue Company, LLC

Name

Attn: Pres./CEO/Reg. Agent 108 West 80th Street

Street

New York                     NY                     10024

City                          State                ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line 4.7
- ☐ Schedule G, line _____

**3.32**

55 East 21st Street, LLC

Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street

Street

Brooklyn                     NY                     11226

City                          State                ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line 2.6
- ☐ Schedule G, line _____

**3.33**

150 Lefferts Avenue Company, LLC

Name

Attn: Pres./CEO/Reg. Agent 108 West 80th Street

Street

New York                     NY                     10024

City                          State                ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line 4.31
- ☐ Schedule G, line _____

**3.34**

150 Lefferts Avenue Company, LLC

Name

Attn: Pres./CEO/Reg. Agent 108 West 80th Street

Street

New York                     NY                     10024

City                          State                ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line 2.4
- ☐ Schedule G, line _____

**3.35**

55 East 21st Street, LLC

Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street

Street

Brooklyn                     NY                     11226

City                          State                ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line 4.30
- ☐ Schedule G, line _____

| Debtor 1 | Jonathan Bombart | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number (if known)_____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.36**

150 Lefferts Avenue Company, LLC
Name

Attn: Pres./CEO/Reg. Agent 108 West 80th Street
Street

| New York | NY | 10024 |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☒ Schedule E/F, line 4.30
☐ Schedule G, line _____

**3.37**

55 East 21st Street, LLC
Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street
Street

| Brooklyn | NY | 11226 |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☒ Schedule E/F, line 4.1
☐ Schedule G, line _____

**3.38**

150 Lefferts Avenue Company, LLC
Name

Attn: Pres./CEO/Reg. Agent 108 West 80th Street
Street

| New York | NY | 10024 |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☒ Schedule E/F, line 2.1
☐ Schedule G, line _____

**3.39**

150 Lefferts Avenue Company, LLC
Name

Attn: Pres./CEO/Reg. Agent 108 West 80th Street
Street

| New York | NY | 10024 |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☒ Schedule E/F, line 2.3
☐ Schedule G, line _____

**3.40**

55 East 21st Street, LLC
Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street
Street

| Brooklyn | NY | 11226 |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☒ Schedule E/F, line 4.11
☐ Schedule G, line _____

**3.41**

55 East 21st Street, LLC
Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street
Street

| Brooklyn | NY | 11226 |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☒ Schedule E/F, line 4.10
☐ Schedule G, line _____

**3.42**

55 East 21st Street, LLC
Name

Attn: Pres./CEO/Reg. Agent 55 East 21st Street
Street

| Brooklyn | NY | 11226 |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☒ Schedule E/F, line 4.9
☐ Schedule G, line _____

**3.43**

Janet Babin
Name

38 Woodens Lane
Street

| Lambertville | NJ | 08530 |
|---|---|---|
| City | State | ZIP Code |

☒ Schedule D, line 2.2
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jonathan Bombart |
| | First Name                Middle Name                        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name                Middle Name                        Last Name |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number | 25-17093 |
| (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

| 1. **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | | |
| Occupation may include student or homemaker, if it applies. | **Employer's name** | | |
| | **Employer's address** | | |
| | | Number   Street | Number   Street |
| | | | |
| | | | |
| | | City        State   ZIP Code | City        State   ZIP Code |
| | **How long employed there?** | | |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $            0.00 | $_____ |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $          0.00 | + $_____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $            0.00 | $_____ |

Debtor 1   Jonathan Bombart

First Name    Middle Name    Last Name

Case number *(if known)*   25-17093

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** .............................................................➔ | 4. | $ 0.00 | $ |

**5. List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ |
| 5h. | **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ |

**8. List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ |
| 8e. | **Social Security** | 8e. | $ 1,606.00 | $ |
| 8f. | **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ 0.00 | $ |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ |
| 8h. | **Other monthly income.** Specify: See continuation page attached | 8h. | + $ 20,000.00 | + $ |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 21,606.00 | $ |
| 10. | **Calculate monthly income.** Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 21,606.00 + $ = | $ 21,606.00 |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. + $ _____

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12. $ 21,606.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

Debtor 1    Jonathan Bombart
_____    Case number *(if known)*_____
        First Name    Middle Name    Last Name                                        25-17093

## Continuation Sheet for Official Form 106I

8h. Other Monthly Income:

Distributions/takings from investment account(s) - historically from Blue Waters Adventures, LLC; now from personal Schwaab account. (Debtor) $18,000.00

NY 55 East 21st Street Co., LLC pays health insurance for Debtor and family. (Debtor) $2,000.00

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jonathan Bombart |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | District of New Jersey |
| | (State) |
| Case number | 25-17093 |
| (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
     ☐ No
     ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**            ☑ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**            ☐ No   ☑ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 2,500.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 1,667.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 400.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 1,400.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

| Debtor 1 | Jonathan Bombart | | Case number *(if known)* | 25-17093 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| | | | Your expenses |
|---|---|---|---|

| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $ 1,025.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $ 150.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 600.00 |
| | 6d.  Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 900.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 100.00 |
| 10. | **Personal care products and services** | 10. | $ 60.00 |
| 11. | **Medical and dental expenses** | 11. | $ 1,846.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. | $ 320.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 600.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | $ 0.00 |
| | 15b.  Health insurance | 15b. | $ 0.00 |
| | 15c.  Vehicle insurance | 15c. | $ 503.01 |
| | 15d.  Other insurance. Specify: _____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | $ 900.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c.  Other. Specify: _____ | 17c. | $ 0.00 |
| | 17d.  Other. Specify: _____ | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: _____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.  Mortgages on other property | 20a. | $ 0.00 |
| | 20b.  Real estate taxes | 20b. | $ 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. | $ 0.00 |

| Debtor 1 | Jonathan Bombart | | | Case number *(if known)* | 25-17093 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | |
|---|---|---|
| 21. **Other**. Specify: Medicare Deduction from SSI | 21. | +$ 185.00 |
| Family Medical Insurance (Sonia, Julian, and Jonathan) | | +$ 2,000.00 |
| 2 horses; 2 dogs - care and maintenance | | +$ 2,000.00 |

22. **Calculate your monthly expenses.**

  22a. Add lines 4 through 21.  **22a.** $ 17,156.01

  22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a  **22b.** $

  and 22b. The result is your monthly expenses.  **22c.** $ 17,156.01

23. **Calculate your monthly net income.**

  23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*  **23a.** $ 21,606.00

  23b. Copy your monthly expenses from line 22c above.  **23b.** −$ 17,156.01

  23c. Subtract your monthly expenses from your monthly income.
  The result is your *monthly net income.*  **23c.** $ 4,449.99

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

  For example, do you expect to finish paying for your car loan within the year or do you expect your
  mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

  ☑ No.
  ☐ Yes.   Explain here:

**Fill in this information to identify your case:**

Debtor 1    Jonathan Bombart
             First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the District of New Jersey

Case number   25-17093
(If known)

☐ Check if this is an
  amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘ /s/ Jonathan Bombart                    ✘ _____
Signature of Debtor 1                        Signature of Debtor 2

Date 07/29/2025                              Date _____
     MM / DD  / YYYY                              MM / DD  / YYYY

**Fill in this information to identify your case:**

Debtor 1    Jonathan Bombart
       First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)    First Name       Middle Name       Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number    25-17093
(if know)

☐ Check if this is
an amended
filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 108 West 80th Street<br>Number   Street<br>Ground Floor | From 09/2020<br>To 09/2023 | Number   Street | From ____<br>To ____ |
| New York NY   10024<br>City   State   ZIP Code | | City   State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 1261 39th Street, Brooklyn<br>Number   Street<br>Brooklyn NY   11218 | From 08/2024<br>To 10/2024 | Number   Street | From ____<br>To ____ |
| City   State   ZIP Code | | City   State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

## Part 2:   Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ Unknown | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2024) | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ Unknown | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023) | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 7,650.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No.
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:**<br>(January 1 to December 31, 2024) | _____ | $ 0.00 | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023) | Dividends | $ 7,650.00 | _____ | _____ |

---

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

Debtor    Jonathan Bombart

First Name    Middle Name    Last Name

Case number *(if known)* 25-17093

---

☐ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ **No.** Go to line 7.

☐ **Yes.** List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Toyota Mtr** <br> Creditor's Name <br> **111 W 22nd St** <br> Number        Street <br> **Oakbrook IL        60521** <br> City    State    ZIP Code | 06/01/2025 | $ 18,000.00 | $ 10,972.00 | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other ____ |

---

**7.** Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider? *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No.
☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Estate of Louis Bombart,** <br> Creditor's Name <br> **Executor Felice Bombart** <br> **[[]]** <br> Number        Street <br> City    State    ZIP Code | ____ ____ ____ | $ Unknown | $ 0.00 | **Late November 2023, Jonathan had transferred money from the estate of Louis Bombart accounts to a segregated Fidelity account under his name as payment of executor fees for his administration of that estate. When he was removed from the role of executor, the entirety of that account was returned to the estate of Louis Bombart. The details of those transactions are still being gathered.** |

---

**8.** Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?
Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider.

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

**9.** Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

---

Debtor    Jonathan Bombart    Case number *(if known)* 25-17093
First Name    Middle Name    Last Name

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK v. 150 LEFFERTS AVENUE COMPANY LLC et al<br>Case number: LT-317750-24/KI | Date filed: 06/07/2024 | Civil Court of City of NY, Kings County<br>Court Name<br>141 Livingston St<br>Number      Street<br>Brooklyn NY    11201<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK v. 55 EAST 21ST STREET CO. LLC et al<br>Case number: LT-317749-24/KI | Date filed: 06/07/2024 | Civil Court of City of NY, Kings County<br>Court Name<br>141 Livingston St<br>Number      Street<br>Brooklyn NY    11201<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: Lucas Way 108 W 80 llc v. Jonathan Bombart et al<br>Case number: LT-316865-22/NY | Date filed: 11/03/2022 | Civil Court of City of NY, Kings County<br>Court Name<br>141 Livingston St<br>Number      Street<br>Brooklyn NY    11201<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title: NYC Dept of Housing Preservation & Development v. 150 LEFFERTS AVENUE CO LLC et al<br>Case number: LT-316066-22/KI | Date filed: 07/22/2022 | Civil Court of City of NY, Kings County<br>Court Name<br>141 Livingston St<br>Number      Street<br>Brooklyn NY    11201<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title: LUCAS-WAY 108 W. 80 LLC v. JONATHAN BOMBART et al<br>Case number: LT-301761-22/NY | Date filed: 02/10/2022 | Civil Court of City of NY, Kings County<br>Court Name<br>141 Livingston St<br>Number      Street<br>Brooklyn NY    11201<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title: Superb Property Management v. Jonathan Bombart<br>Case number: 521717/2025 | Date filed: 07/01/2025 | Kings County Supreme Court<br>Court Name<br>360 Adams St #4<br>Number      Street<br>Brooklyn NY    11201<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: DelBello Donnellan Weingarten Wise & Wiederkehr, LLP v. Jonathan Bombart<br>Case number: 69128/2019 | Date filed: 11/20/2019 | Westchester County Supreme Court<br>Court Name<br>111 Dr. Martin Luther King Jr Blvd<br>Number      Street<br>White Plains NY    10601<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: DelBello Donnellan Weingarten Wise & Wiederkehr, LLP v. Jonathan Bombart<br>Case number: 61599/2021 | Date filed: 08/24/2021 | Westchester County Supreme Court<br>Court Name<br>111 Dr. Martin Luther King Jr Blvd<br>Number      Street<br>White Plains NY    10601<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor  Jonathan Bombart
   First Name    Middle Name    Last Name

Case number *(if known)* 25-17093

| | | | |
|---|---|---|---|
| Case title: CONNECTONE BANK v. 150 LEFFERTS AVENUE COMPANY LLC et al<br>Case number: 508828/2023 | ; Date filed: 03/22/2023 | Kings County Supreme Court<br>Court Name<br>360 Adams St #4<br>Number  Street<br>Brooklyn NY  11201<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title: Estate of Louis Bombart<br>Case number: 502016CP002685XXXXSB | ; Date filed: 05/30/2016 | South County: PBC Clerk & Comptroller's<br>Court Name<br>Office,<br>200 West Atlantic Ave, Attn: Probate Dept<br>Number  Street<br>Delray Beach FL  33444<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: JONATHAN BOMBART, Appellant(s) v. FELICE BOMBART, etc., et al., Appellee(s).<br>Case number: 4D2022-3083 | Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County 502016CP002685; Date filed: 11/16/2022 | 4th District Court of Appeal<br>Court Name<br>110 S Tamarind Ave<br>Number  Street<br>West Palm Beach FL  33401<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title: JONATHAN BOMBART, as Personal Representative of the ESTATE OF LOUIS BOMBART VS ALLEN BOMBART, et al.<br>Case number: 4D2021-2698 | Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County 502016CP002685; Date filed: 09/20/2021 | 4th District Court of Appeal<br>Court Name<br>110 S Tamarind Ave<br>Number  Street<br>West Palm Beach FL  33401<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title: JONATHAN BOMBART, Appellant, v. FELICE BOMBART and ALLEN BOMBART, Appellees.<br>Case number: 4D2022-3134 | Originating Court: Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County 502016CP002685; Date filed: 11/18/2022 | 4th District Court of Appeal<br>Court Name<br>110 S Tamarind Ave<br>Number  Street<br>West Palm Beach FL  33401<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title: ALLEN BOMBART VS ESTATE OF LOUIS BOMBART<br>Case number: 4D2021-1278 | [in representative capacity for the estate] Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County 502016CP002685XXXXSB; Date filed: 04/07/2021 | 4th District Court of Appeal<br>Court Name<br>110 S Tamarind Ave<br>Number  Street<br>West Palm Beach FL  33401<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title: BOMBART, SONIA v. BOMBART, JONATHAN<br>Case number: FST-FA-17 6030946 | Family - Dissolution of Marriage - C.G.S. Chapter 815j; Date filed: 01/19/2017 | SUPERIOR COURT J.D. AT STAMFORD<br>Court Name<br>123 Hoyt St<br>Number  Street<br>Stamford CT  06905<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: BOMBART, JONATHAN v. DESJARDIN & SON, LLC Et Al<br>Case number: FST-CV25-6071626-S | Torts DESJARDIN & SON, LLC ANTHONY DESJARDIN SR LAW OFFICE OF CHRISTOPHER M CONNELLY; Date filed: 02/06/2025 | SUPERIOR COURT J.D. AT STAMFORD<br>Court Name<br>123 Hoyt St<br>Number  Street<br>Stamford CT  06905<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

Debtor  Jonathan Bombart
First Name    Middle Name    Last Name

Case number *(if known)* 25-17093

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No
☐ Yes. Fill in the details

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☑ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Julian Bombart<br>Person to Whom You Gave the Gift<br>[[]]<br>Number    Street<br><br>City    State    ZIP Code<br>Person's relationship to you  Son of Debtor | Debtor believes mileage is over $100k and vehicle in poor condition. | 06/2025 | $ 6,506.00 |
| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
| Julian Bombart<br>Person to Whom You Gave the Gift<br>[[]]<br>Number    Street<br><br>City    State    ZIP Code<br>Person's relationship to you  Son of Debtor | Debtor believes mileage is over $100k and vehicle in poor condition. | 06/2025 | $ 6,217.00 |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

## Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| Horse purchased (for $9000) ~2yrs ago broke leg and passed away. | No insurance coverage - euthanasia costs were made out of pocket. | 04/2025 | $ 8,000.00 |

## Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

Debtor ___Jonathan_____Bombart_____    Case number *(if known)* __25-17093__
    First Name    Middle Name    Last Name

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Checking (Orange -4854) as of<br>Name of Financial Institution<br>4/10/2025 [closed]<br><br>_____<br>Number   Street<br>_____<br>City  State  ZIP Code | XXXX– 4 8 5 4 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 04/30/2025 | $ 4,403.77 |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☑ No
☐ Yes. Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| Where is the property? | Describe the property | Value |
|---|---|---|

Debtor  Jonathan Bombart

First Name    Middle Name    Last Name

Case number (if known) 25-17093

| | | |
|---|---|---|
| Joshua Bombart [Trust] | | |
| Owner's Name | | |
| | Charles Schwaab account | |
| Number     Street | Number     Street | |
| | Managed by GARDEN STATE | |
| City     State     ZIP Code | City | |
| | INVESTMENT ADVISO | |
| | | |
| | NJ | |
| | State     ZIP Code | |

Schwab (-5938) as of 6/30/2025 Trust funds f/b/o Joshua Bombart — $ 1,120,619.40

| | | |
|---|---|---|
| Julian Bombart | | |
| Owner's Name | | |
| [[]] | JPMorgan Chase Bank | |
| Number     Street | Number     Street | |
| | 270 Park Ave NY     10017 | |
| City     State     ZIP Code | City     State     ZIP Code | |

Uniform Trust for Minor's Account Savings (Chase -7401) as of 4/10/2025 — $ 47.49

| | | |
|---|---|---|
| Julian Bombart [Trust] | | |
| Owner's Name | | |
| | Charles Schwaab account | |
| Number     Street | Number     Street | |
| | Managed by GARDEN STATE | |
| City     State     ZIP Code | City | |
| | INVESTMENT ADVISO | |
| | | |
| | NJ | |
| | State     ZIP Code | |

Schwab (-0076) 4/10/2025 Trust Funds f/b/o of Julian Bombart — $ 1,064,709.86

---

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

25.Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

26.Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

---

**Part 11:**    **Give Details About Your Business or Connections to Any Business**

27.Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

Debtor    Jonathan Bombart
      First Name     Middle Name     Last Name

Case number *(if known)* 25-17093

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

Debtor    Jonathan Bombart

First Name    Middle Name    Last Name

Case number *(if known)* 25-17093

| Part 12: | Sign Below |

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ /s/ Jonathan Bombart                    ✖ _____

Signature of Debtor 1                    Signature of Debtor 2

Date  07/29/2025                    Date _____

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

Fill in this information to identify your case:

Debtor 1          Jonathan Bombart
                  First Name                     Middle Name                    Last Name

Debtor 2
(Spouse, if filing)  First Name                  Middle Name                    Last Name

United States Bankruptcy Court for the:  District of New Jersey

Case number      25-17093
(If known)

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income          **12/21**

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11  (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | Calculate Your Current Monthly Income |
| --- | --- |

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | *Column A*<br>Debtor 1 | *Column B*<br>Debtor 2 |
| --- | --- | --- |
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 |
| --- | --- | --- |
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 |
| Net monthly income from a business, profession, or farm | 0.00 | 0.00 |

Copy here→  $ 0.00    $ 0.00

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 |
| --- | --- | --- |
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 |
| Net monthly income from rental or other real property | 0.00 | 0.00 |

Copy here→  $ 0.00    $ 0.00

Debtor 1    Jonathan Bombart

First Name    Middle Name    Last Name

Case number *(if known)*    25-17093

| | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|
| **7. Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| **8. Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................................↓

For you ..................................................    $_____

For your spouse ......................................    $_____

| | | |
|---|---|---|
| 9. Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $ 0.00 | $ 0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

Distributions/takings from investment account(s) - historically from Blue

NY 55 East 21st Street Co., LLC pays health insurance for Debtor and t

Total amounts from separate pages, if any.

| | Column A | | Column B |
|---|---|---|---|
| | $ 18,000.00 | | $ 0.00 |
| | $ 2,000.00 | | $ 0.00 |
| | + $ 0.00 | | + $ 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | $ 20,000.00 | + | $ 0.00 | = | $ 20,000.00 |

**Total current monthly income**

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

---

| **Part 2:** | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✗ /s/ Jonathan Bombart

Signature of Debtor 1

Date 07/29/2025
MM / DD / YYYY

✗ _____

Signature of Debtor 2

Date _____
MM / DD / YYYY

150 Lefferts Avenue Company, LLC
Attn: Pres./CEO/Reg. Agent
108 West 80th Street
New York, NY 10024

55 East 21st Co., LLC
Attn: Pres./CEO/Reg. Agent
55 East 21st St
Brooklyn, NY 11226

55 East 21st Co., LLC
Attn: Pres./CEO/Reg. Agent
55 East 21st Street
Brooklyn, NY 11226

55 EAST 21st STREET TENANT ASSOCIATION
Attn: Registered Agent / Officer
55 E 21st St
Brooklyn, NY 11226

55 East 21st Street, LLC
Attn: Pres./CEO/Reg. Agent
55 East 21st Street
Brooklyn, NY 11226

A.Y. Strauss, LLC
Pres./CEO/Reg. Agent
290 W Mt Pleasant Ave Suite 3260
Livingston, NJ 07039

Alan's Oil & Propane
Attn: Pres./CEO/Reg. Agent
427 Main St
Vincentown, NJ 08088-3334

Albert Howard
55 East 21st Street
Brooklyn, NY 11226

Alexis Tella
55 East 21st Street
Apt. 6G
Brooklyn, NY 11226

Amex
P O Box 297871
Fort Lauderdale, FL 33329

Attn: Harry M. Gutfleish, Esq.
GUTFLEISH LAW , LLC
One University Plaza, Suite 208
Hackensack, NJ 07601

Attorney General United States
Department of Justice
Ben Franklin Station, P.O. Box 683
Washington, DC 20044

Benjamin Afurn
55 East 21st Street
Brooklyn, NY 11226

Betcy Dorvil
55 East 21st Street
Apt. 2J
Brooklyn, NY 11226

BRC E21st Lender, LLC
Attn: Pres./CEO/Reg. Agent
1177 High Ridge Road, Ste 101
Stamford, CT 06905

Breakaway Physical Therapy
Attn: Pres./CEO/Reg. Agent
212 W 91st Street
New York, NY 10024

BRINSTER & BERGMAN, LLP
2023 tax accntnt: G. Brinster
100 Merrick Rd # 320E
Rockville Centre, NY 11570

Brooklyn Legal Services
re: Daniel James
1709 St. Marks Ave., 2nd Fl
Brooklyn, NY 11233

Brooklyn Legal Services
re: Elice Carr
1709 St. Marks Ave., 2nd Fl
Brooklyn, NY 11233

Brooklyn Legal Services
re: Cheryl Goddard
1709 St. Marks Ave., 2nd Fl
Brooklyn, NY 11233

Brooklyn Legal Services
Attn: Liam McSweeny, Esq.
1709 St. Marks Ave., 2nd Fl
Brooklyn, NY 11233

Brooklyn Legal Services
Attn: Liam McSweeny, Esq., re: 55 E 21st
1709 St. Marks Ave., 2nd Fl
Brooklyn, NY 11233

Calvin Baldwin
55 East 21st Street
Brooklyn, NY 11226

Clarisse Massamba
55 East 21st Street
Brooklyn, NY 11226

Cliceida Montero
55 East 21st Street
Apt. 4E
Brooklyn, NY 11226

Corrine Matthews
55 East 21st Street
Brooklyn, NY 11226

Daniel Campos Perez
55 East 21st Street
Apt. 6B
Brooklyn, NY 11226

Delbello, Donnellan, Weingarten, Wise, Wieder
Attn: Registered Agent / Officer
One North Lexington Ave, 11th Floor
White Plains, NY 10601

Eamonn OHagan - on behalf of IRS
U.S. Attorneys Office District of New Je
970 Broad Street
Newark, NJ 07102

Elizabeth Ruble
55 East 21st Street
Apt. 6G
Brooklyn, NY 11226

Erica Pierre
55 East 21st Street
Apt. 4F
Brooklyn, NY 11226

FIA Capital Partners, LLC
Attn: Pres./CEO/Reg. Agent
U.S. Realty Bldg, 115 Broadway
New York, NY 10006

Fox Rothschild, LLP, Attn Eric A. Bevan, Esq.
777 S. Flagler Drive
Ste 1700 West Tower
West Palm Beach, FL 33401

Fox Rothschild, LLP, Attn Joseph A. DeMaria
777 S. Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401

Gault Energy
Attn: Pres./CEO/Reg. Agent
11 Ferry Lane West, PO BOX 2030
Westport, CT 06880

Goldberg Weprin Finkel Goldstein LLP
Attn: Kevin J. Nash
125 Park Avenue, 12th Floor
New York, NY 10017

Goldberg Weprin Finkel Goldstein LLP
Attn: Jeremiah J. Vandermark
125 Park Avenue, 12th Floor
New York, NY 10017

Gregory Wasser
211 East 43rd St
New York, NY 10017

Harry G.

Horing Welikson Rosen & Digrugilliers
Attn: Registered Agent / Officer
11 Hillside Avenue
Williston Park, NY 11596

Internal Revenue Service
Attn: Registered Agent / Officer
P.O. Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Attn: Registered Agent / Officer
PO Box 7346
Philadelphia, PA 19101

Janet Babin
38 Woodens Lane
Lambertville, NJ 08530

JEREMY G VISHNO
183 SHERMAN STREET
Fairfield, CT 06824

Jose Lopez
55 East 21st Street
Apt. 3A
Brooklyn, NY 11226

Jpmcb Card
800 Brooksedge Blvd
Westerville, OH 43081

Jpmcb Card
201 N Walnut St
Wilmington, DE 19801

Kareem Richards
55 East 21st Street
Brooklyn, NY 11226

Keisha Joseph
55 East 21st Street, Apt. 6A
Brooklyn, NY 11226

Kwame Brempong
55 East 21st Street
Apt. 6F
Brooklyn, NY 11226

Lucas-Way 108 W 80 LLC
Attn: Registered Agent / Officer
108 West 80th Street
New York, NY 10024

Maggie Oliver
55 East 21st Street
Apt. 5B
Brooklyn, NY 11226

Martha Nava
55 East 21st Street
Brooklyn, NY 11226

Metcalf & Metcalf, P.C.
Attn: STEVEN A. METCALF II, ESQ.
99 Park Avenue, Suite 810
New York, NY 10016

Mizrahi Law Offices, LLC
Attn: Robert N. Mizrahi, Esq.
160 Broadway, Suite 710
New York, NY 10038

New Jersey Turnpike Authority
Ramon de la Cruz, NJ Turnpike Authority
1 Turnpike Plaza, P.O Box 5042
Woodbridge, NJ 07095

NJ Div. of Tax
Attn: Reg. Agent/Officer
PO Box 046
Trenton, NJ 08646

NJ Div. of Tax
Attn: Reg. Agent/Officer
PO Box 900
Trenton, NJ 08646

NY Office of the Attorney General
Attn: Reg. Agent/Officer
28 Liberty Street, 15th Floor
New York, NY 10005

NY State Department of Labor
1220 Washington Ave
Bldg 12 Room 256
Albany, NY 12226

NY State Dept. Tax, Fin
Audit Div.-Pers. Income Tax Desk
W A Harriman Campus
Albany, NY 12227

NYC Dept of Finance, Office of Legal Affairs
Collections Unit-RPT Taxes
375 Pearl Street, 30th fl
New York, NY 10038

NYC Dept of Housing Pres. Dev.
100 Gold Street
Room 6Y4
New York, NY 10038

NYC Dept of Housing Pres. Dev.
Attn: Registered Agent / Officer
100 Gold Street, Rm 6Y4
New York, NY 10038

NYC HPD Housing Litigation Div.
Attn: Bryan Daly, Esq.
100 Gold Street
New York, NY 10038

NYC Water Board
Attn: Richard J Costa, Sr Cnsl - Bureau
59-17 Junction Blvd, 13th Fl
Elmhurst, NY 11373-5108

Renee Remsberg
55 East 21st Street
Apt. 6G
Brooklyn, NY 11226

Rita Oliver
55 East 21st Street
Apt. 5J
Brooklyn, NY 11226

Ronaldo de Jesus
38 Amsterdam Ave
Teaneck, NJ 07666

Sonia Bombart
32 Bernhard Drive
Weston, CT 06883

Sonia Bombart
Attn: COSTELLO BRENNAN DEVIDAS et al.
1238 POST ROAD
Fairfield, CT 06824

Steven Hypolite
55 East 21st Street
Brooklyn, NY 11226

Sullivan and Cromwell
Attn: Marc De Leeuw
125 Broad St
New York, NY 10004

Superb Property Management
Attn: Pres./CEO/Reg. Agent
99 Park Avenue Suite 810
New York, NY 10016

Toyota Mtr
111 W 22nd St
Oakbrook, IL 60521

Triborough Bridge and Tunnel Authority
TBTA Toll Group
2 Broadway, 24th Floor
New York, NJ 10004

Valorie Turner
55 East 21st Street
Brooklyn, NY 11226

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Veronica Langaigne
55 East 21st Street
Brooklyn, NY 11226

Veronica Mathurin
55 East 21st Street
Brooklyn, NY 11226

Walter McQueen
55 East 21st Street
Apt. 4A
Brooklyn, NY 11226

Westside Physical Therapy
Attn: Pres./CEO/Reg. Agent
244 West 54th St. Ste 1002
New York, NY 10019

United States Bankruptcy Court

District of New Jersey

In re:  Jonathan Bombart

Case No.  25-17093

Chapter  11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____07/29/2025_____

/s/ Jonathan Bombart
_____
Signature of Debtor

_____
Signature of Joint Debtor

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:   Liquidation

|   |   |   |
|---|---:|---|
|   | $245 | filing fee |
|   | $78 | administrative fee |
| + | $15 | trustee surcharge |
|   | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter  7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.