**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP.**
1 Harmon Meadow Blvd. Ste 201
Secaucus, New Jersey 07094
Tel.: 973-696-8391
David L. Stevens, Esq.
Email: dstevens@scura.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:* | Case No. 25-17093-JKS |
| JONATHAN BOMBART, | Chapter 11 |
| Debtor. | Hearing Date: Oct. 21, 2025, 10am |
| | Judge: Hon. John K. Sherwood |

**NOTICE OF MOTION FOR AN ORDER AUTHORIZING THE
LAW FIRM OF SCURA, WIGFIELD, HEYER, STEVENS, &
CAMMAROTA, LLP TO WITHDRAW AS COUNSEL**

TO: All On Service List

**PLEASE TAKE NOTICE**, that on October 21, 2025 at 10:00 AM or as soon thereafter as counsel may be heard, the undersigned will move before Honorable Judge John K. Sherwood at U.S. Bankruptcy Court, 50 Walnut Street, 3rd floor, Newark, New Jersey, for an Order authorizing the law firm of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP to withdraw as counsel for the above captioned debtor, Jonathan Bombart (the "Debtor") in the pending bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the relief requested herein must be filed with the Court and served on the undersigned no later than 7 days prior to the hearing date set forth above;

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the attached certification and proposed order in support of the motion attached hereto.

1

**PLEASE TAKE FURTHER NOTICE** the undersigned submits in accordance with Local Bankruptcy Rule 9013-1 that no brief is necessary since this matter does not involve complex issues of law.

**PLEASE TAKE FURTHER NOTICE** that oral argument is waived unless Motion is opposed.

                                                                            **SCURA, WIGFIELD, HEYER,**
                                                                            **STEVENS & CAMMAROTA, LLP**
                                                                            *Counsel for Debtor*


Dated: September 26, 2025                                    By: /s/ *David L. Stevens*
                                                                                     David L. Stevens, Esq.