Form finmgtc

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.:  25−17093−JKS
                          Chapter:  11
                          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jonathan Bombart
   aka John Bombson, aka Jon Bombart
   38 Woodens Lane
   Lambertville, NJ 08530

Social Security No.:
   xxx−xx−0717

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE CERTIFICATE OF DEBTOR EDUCATION

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider or the debtor may file a Certificate of Debtor Education proving compliance with the financial management course requirement for discharge (a separate Certificate must be filed for each debtor in a joint case). The Certificate must be filed by:

     Chapter 11: [In a case in which 1141(d)(3) applies, no later than the date you make your last plan payment.]

To date the court has not received the above document from the debtor(s) or from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: September 29, 2025
JAN: admi

                                                                                                Jeanne Naughton
                                                                                                Clerk