UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**GUTFLEISH LAW, LLC**
One University Plaza, Suite 208
Hackensack NJ 07601
(201) 241-2032
Harry M. Gutfleish, Esq.
harry@gutfleishlaw.com
*Attorneys for Sonia Bombart*

In Re:

JONATHAN BOMBART,

               Debtor.

Chapter 11
Case No. 25-17093 (JKS)

### CERTIFICATION OF SONIA BOMBART IN SUPPORT OF MOTION TO DISMISS THIS BANKRUPTCY CASE

I, Sonia Bombart, certify under penalty of perjury that:

1.      As of the date hereof, I have not received payment of the $20,000.00 alimony installment due on October 1, 2025.

2.      The foregoing statement is true to the best of my knowledge, information and belief. I understand that if such statement is willfully false, that I am subject to punishment.

_____
Sonia Bombart

Dated:  October __7__ , 2025