UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**GUTFLEISH LAW, LLC**
One University Plaza, Suite 208
Hackensack NJ 07601
(201) 241-2032
Harry M. Gutfleish, Esq.
harry@gutfleishlaw.com
*Attorneys for Sonia Bombart*

In Re:

JONATHAN BOMBART,

              Debtor.

Chapter 11
Case No. 25-17093 (JKS)

**Return Date:**

| Recommended Local Form:   __ Followed   <u>X</u> Modified |
| --- |

### ORDER DISMISSING CHAPTER 11 CASE, ENJOINING FUTURE FILINGS AND GRANTING RELATED RELIEF

    The relief set forth on the following pages, numbered one (1) through three (3), is hereby **ORDERED.**

Page 2
Case:         Jonathan Bombart
Case No.:     25-17093
Caption:      Order Dismissing Chapter 11 Case, Enjoining Future Filings and Granting
              Related Relief

_____

This matter, having to be opened to the Court upon the motion filed by Sonia Bombart for

an Order dismissing this chapter 11 case, enjoining the Debtor from filing future bankruptcy cases

and granting related relief; and the Court having reviewed the moving pleadings and opposition,

if any, filed thereto, as well as the arguments of counsel on the return date of the motion; and for

good cause shown.  Based on the record established, the Court makes the following findings.

A.      Cause exists to dismiss this case under 11 U.S.C. §112(b)(1) and (b)(4)(P) in light

of the Debtor's failure to pay alimony to Sonia Bombart on October 1, 2025 and his contempt of

the Court's Order of August 6, 2025 [docket number 39].

B.      Cause exists to dismiss this case under 11 U.S.C. § 1112(b) in light of the Debtor's

bad faith evidenced by:

        i.      The dismissal of the Debtor's 2022 bankruptcy case filed in the Southern
District of New York on the eve of the Bombarts' divorce trial and which case because the Debtor
did not satisfy his obligations imposed on debtors under the Bankruptcy Code, and the fact that
Sonia Bombart obtained relief from the automatic stay in that case to continue the divorce
proceedings.

        ii.     The dismissal of the Debtor's 2024 bankruptcy case filed in the Eastern
District of New York on the eve of and the initial hearing scheduled on Sonia Bombart's contempt
motion in the Connecticut Court, which the Debtor concedes was dismissed because of his "failure
to appear at the § 341 meeting of creditors, failure to make pre-confirmation payments, failure to
propose a Chapter 13 plan, and failure to submit necessary documentation required under 11
U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007."

        iii.    The Debtor's apparent perjury in his 2024 bankruptcy petition regarding his
domicile in New York.

        iv.     The Debtor's bankruptcy filing of this case in yet a third jurisdiction on the
eve of the July 7, 2025 contempt hearing in the Connecticut Court.

Page 3
Case:          Jonathan Bombart
Case No.:      25-17093
Caption:       Order Dismissing Chapter 11 Case, Enjoining Future Filings and Granting
               Related Relief

---

      v.      The Debtor's failure to file interim monthly reports.

      vi.      The Debtor's failure to provide documents supporting the alleged mortgage on 38 Woodens Lane and his asserted receipt of the loan funds.

      vii.      The Debtor's failure to comply with a Bankruptcy Rule 2004 Examination Subpoena served by Sonia Bombart's attorneys.

      viii.      The numerous other failures outlined in his attorneys' motion to withdraw filed at docket number 59.

Therefore, based on the foregoing and the record established before the Court, it is hereby

**ORDERED** that:

1.      This chapter 11 case is dismissed with prejudice.

2.      The Debtor is hereby enjoined from filing future bankruptcy cases under Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* for a period of _____ from the entry of this Order.

3.      In any subsequent bankruptcy case filed by the Debtor, the automatic stay imposed under 11 U.S.C. § 362(a) shall not apply to, and shall be deemed to be immediately vacated as to, the Bombart's divorce proceedings in the Connecticut State Court and any [proceedings related thereto, without further Order of any Court.