UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**GUTFLEISH LAW, LLC**
One University Plaza, Suite 208
Hackensack NJ 07601
(201) 241-2032
Harry M. Gutfleish, Esq.
harry@gutfleishlaw.com
*Attorneys for Sonia Bombart*

In Re:

JONATHAN BOMBART,

                Debtor.

Chapter 11
Case No. 25-17093 (JKS)

## APPLICATION FOR ORDER SHORTENING TIME AND LIMITING NOTICE

      Sonia Bombart, through her attorneys, submits application for an Order shortening time and limiting notice on her motion to dismiss this case and for related relief.

      1.      In accordance with F.R.Bankr.P. 2002(a)(4), Sonia Bombart is required to provide 21-days' notice of her motion to dismiss to all creditors scheduled by the debtor in this case.

      2.      As evidenced by the pleadings filed in support of the motion, the debtor is in contempt of this Court's August 6, 2025 Order mandating that he pay $20,000.00 of alimony to Sonia Bombart on the first day of each month.

      3.      Also as evidenced by the pleadings, the debtor appears to have caused his attorneys to make assurances to Sonia Bombart's attorneys that he either intended to make the required payment or had initiated it, when those assurances were false.

      4.      Therefore, the debtor has intentionally and maliciously stymied Sonia Bombart's rights to seek redress.

      5.      Further evidence of the debtor's bad faith is set forth in the motion and supporting pleadings and the motion filed by the debtors' attorneys to withdraw [docket number 59] can As a result,

Sonia Bombart requests that this Court schedule an expedited hearing on the motion to dismiss.

6. Since the motion to withdraw is scheduled for a hearing on October 21, 2025, Sonia Bombart requests the the hearing on her motion be scheduled for the same date.

7. Reduction of the notice period for the motion to dismiss is not prohibited by F.R.Bankr. P. 9006(c)(1).

8. Given the straight forward nature of the relief sought, the incredibly large number of "supposed" creditors identified in the debtor's schedules, the fact that only a handful of creditors have appeared since this case was filed, Sonia Bombart further requests that this Court direct that she is authorized to provide notice of her motion solely by email on the debtor's attorneys, the Office of the United States Trustee, and all parties filing a notice of appearance in this case.

                                        **GUTFLEISH LAW, LLC**
                                        *Attorneys for Sonia Bombart*

                                        By: */s/ Harry M. Gutfleish*
                                              Harry M. Gutfleish

Dated: October 8, 2025