| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>G<br>UTFLEISH LAW, LLC<br>One University Plaza, Suite 208<br>Hackensack NJ 07601<br>(201) 241-2032<br>Harry M. Gutfleish, Esq.<br>harry@gutfleishlaw.com<br>Attorneys for Sonia Bombart | Order Filed on October 8, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JONATHAN BOMBART,<br>                    Debtor. | Case No.: 25-17093<br><br>Chapter: 11<br><br>Judge: Hon. J.K. Sherwood |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: October 8, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of __Sonia Bombart__ for a reduction of time for a hearing on __her motion to dismiss this case__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __Tuesday, October 21, 2025__ at __10:00 a.m.__ in the United States Bankruptcy Court, __50 Walnut Street, Newark, NJ 07102__ Courtroom No. __3D__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __the Debtor's attorneys, the UST, and all parties filing a notice of appearance__

by ☒ each, ❏ any of the following methods selected by the Court:

❏ fax, ☒ overnight mail, ❏ regular mail, ☒ email, ❏ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: __20 Largest General Unsecured Creditors__

by ❏ each, ☒ any of the following methods selected by the Court:

❏ fax, ❏ overnight mail, ☒ regular mail, ☒ email, ❏ hand delivery.

4. Service must be made:

❏ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

❏ must be provided to _____

❏ on the same day as the date of this Order, or

❏ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ___1___ day(s) prior to the scheduled hearing; or

❏ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

❏ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

❏ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*