Order Filed on November 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

**Jonathan Bombart,**

         Debtor

Case No.:　　25-17093

Chapter:　　11

Hearing Date:　　November 18, 2025

Judge:　　John K. Sherwood

## ORDER DENYING MOTION TO RECONSIDER

The relief set forth on the following page is hereby **ORDERED**.

DATED: November 25, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:     **Jonathan Bombart**
Case #:     **25-17093**
Caption of Order: **ORDER DENYING MOTION TO RECONSIDER**

___

**UPON** consideration of the **Motion to Reconsider** ("Motion") and supporting documents [ECF Nos. 75, 78] filed by David L. Stevens, Esquire, on behalf of the Debtor, Jonathan Bombart, together with the opposition filed thereto [ECF No. 77] by Harry M. Gutfleish, Esquire, on behalf of Creditor, Sonia Bombart;

**AND** the Court having considered the arguments made on behalf of the parties at the hearing on November 18, 2025;

**AND** for the reasons set forth on the record at the hearing, it is hereby **ORDERED** that the Motion is **DENIED.**